Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Dustun H. Holmes, Esq., Bar No. 12776
DHH@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:     702.214.2100
Facsimile:     702.214.2101

Francis X. Riley, III, Bar No. 330611994 *(admitted pro hac vice)*
friley@saul.com
Ruth A. Rauls, Bar No. 12892005 (*admitted* p*ro hac vice*)
rrauls@saul.com
SAUL EWING, LLP
650 College Road East, Suite 400
Princeton, NJ  08540

Robert C. Gill, II, Bar No. 26226 *(admitted pro hac vice)*
rgill@saul.com
SAUL EWING LLP
1919 Pennsylvania Ave., NW, Suite 550
Washington, D.C.  20006

*Counsel for Plaintiffs BGC Partners, Inc.;*
*G&E Acquisition Company, LLC; and*
*BGC Real Estate Of Nevada, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BGC PARTNERS, INC., et al.,<br><br>                        Plaintiffs,<br>vs.<br><br>AVISON YOUNG (CANADA) INC., et al.,<br><br>                        Defendants. | Case No.       2:15-cv-00531-RFB-GWF<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Plaintiffs BCG Partners, Inc., BGC Real Estate of Nevada, LLC, and G&E Acquisition Company, LLC (together, "Plaintiffs" or "BGC"), Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young Nevada, LLC, Mark Rose and Joseph Kupiec ("AY Defendants"), and Defendants The Nevada Commercial Group and John Pinjuv ("NCG Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the following and request that the Court enter an appropriate order concerning the filing of a First Amended Complaint and setting a briefing schedule on any motions to dismiss that may be filed:

1

1. On March 23, 2015, the AY Defendants removed the case to this Court. The NCG Defendants consented to the removal.

2. On April 20, 2015, Plaintiffs filed their Motion to Remand or Abstain (Dkt. 11, the "Motion to Remand").

3. The Court held oral argument on the Motion to Remand on March 29, 2016, and denied the Motion to Remand in a minute order dated March 31, 2016. The minute order indicated that a written order would follow.

4. On May 31, 2016, the AY Defendants filed a Motion to Dismiss (Dkt. 48). The NCG Defendants joined in that Motion (Dkt. 50) (together, "Defendants' Motion to Dismiss").

5. On July 7, 2016, the Court issued a written opinion and order denying the Motion to Remand (Dkt. 59).

6. Plaintiffs have requested that the AY Defendants and NCG Defendants (together, "Defendants") consent to Plaintiffs' filing of a First Amended Complaint.

7. In light of the fact that Plaintiffs' proposed amendments will affect the Defendants' pending Motion to Dismiss, the parties have conferred and agree, and respectfully request that the Court (i) grant Plaintiffs' leave to amend their complaint; (ii) dismiss Defendants' pending Motion to Dismiss as moot; and (iii) set the following deadlines:

    a. The deadline for Defendants to answer, move or otherwise respond to the First Amended Complaint shall be sixty (60) days from the Court's entry of this Stipulation and Order;

    b. The deadline for Plaintiffs to file an opposition to any responsive motion shall be (60) days after Defendants file any such motion; and

    c. The deadline for Defendants to file a reply to Plaintiffs' opposition shall be thirty (30) days after the opposition is filed.

8. In light of the foregoing stipulations and proposed revised briefing schedule, and pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs' filing of a First Amended Complaint, attached hereto as Exhibit 1.

9. The parties have represented that this lawsuit is one of five related lawsuits pending in various state court jurisdictions throughout the United States. The parties anticipate that the related lawsuits will require complex and coordinated discovery. Therefore, in order to determine the causes of action upon which this lawsuit and the related lawsuits will be litigated, the parties respectfully request that discovery and other pre-trial matters be stayed to allow sufficient time for an orderly motions practice prior to entry of a more comprehensive scheduling order.

10. Upon receipt of this Court's Order on the above-described motions, the parties shall engage in good-faith discussions and timely submit a proposed scheduling order concerning all pre-trial matters in this lawsuit.

STIPULATED AND AGREED TO:

| DATED this 1st day of August, 2016 | DATED this 1st day of August, 2016 |
|---|---|
| By: /s/ Todd L. Bice<br>Todd L. Bice, Esq., Bar # 4534<br>Dustun H. Holmes, Esq., Bar # 12776<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>Francis X. Riley, III, Esq. (*pro hac vice*)<br>Ruth A. Rauls, Esq. (p*ro hac vice)*<br>SAUL EWING, LLP<br>650 College Road East, Suite 400<br>Princeton, NJ 08540<br><br>Robert C. Gill, II, Esq. *(pro hac vice)*<br>SAUL EWING LLP<br>1919 Pennsylvania Ave., NW, Suite 550<br>Washington, D.C. 20006<br><br>*Attorneys for Plaintiffs BGC Partners, Inc.; G&E Acquisition Company, LLC; and BGC Real Estate Of Nevada, LLC.* | By: /s/ Robert S. Larsen<br>Robert S. Larsen, Esq., Bar # 7785<br>Phil W. Su, Esq., Bar # 10450<br>GORDON & REES LLP<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, NV 89169<br><br>Kristin Sheffield-Whitehead, Esq. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Andrew B. Clubok, Esq. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young-Nevada, LLC, Mark Rose and Joseph Kupiec* |

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

DATED this 1st day of August, 2016

By:   /s/ David A. Carroll
    David A. Carroll, Esq., Bar #7643
    Anthony J. DiRaimondo, Esq., Bar #10875
    RICE REUTHER SULLIVAN &
    CARROLL, LLP
    3800 Howard Hughes Parkway, Suite 1200
    Las Vegas, Nevada  89169

*Attorneys for The Nevada Commercial Group and John Pinjuv*

## ORDER

Having reviewed the foregoing Stipulation for Filing of First Amended Complaint and Setting Briefing Schedule and finding good cause appearing,

It is hereby ORDERED, ADJUDGED, AND DECREED that:

Plaintiffs' request for leave to amend the complaint is GRANTED;

Defendants' Motion to Dismiss (Dkt. 48) is DISMISSED AS MOOT;

The deadlines agreed to by the parties as set forth above are ADOPTED; and

All other pre-trial matters, including discovery, shall be STAYED until receipt of this Court's Order on the above-described motions, at which time the parties shall engage in good-faith and timely submit a proposed scheduling order concerning all pre-trial matters.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   August 8, 2016