Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Dustun H. Holmes, Esq., Bar No. 12776
DHH@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:     702.214.2100
Facsimile:      702.214.2101
and
Francis X. Riley, III, Bar No. 330611994
*(Pro Hac Vice)*
friley@saul.com
Ruth A. Rauls, Bar No. 12892005
*(Pro Hac Vice)*
rrauls@saul.com
SAUL EWING, LLP
650 College Road East, Suite 400
Princeton, NJ  08540
Telephone: 609.452.3150
Robert C. Gill, II, Bar No. 26226
(Pro Hac Vice)
rgill@saul.com
SAUL EWING LLP
1919 Pennsylvania Ave., NW, Suite 550
Washington, D.C.  20007
Telephone:     202.296-6600

*Counsel for Plaintiffs BGC Partners, Inc.;
G&E Acquisition Company, LLC; and
BGC Real Estate Of Nevada, LLC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS, INC., et al., <br><br>                              Plaintiffs, <br>vs. <br><br> AVISON YOUNG (CANADA) INC., et al., <br><br>                              Defendants. | Case No.        2:15-cv-00531-RFB-GWF <br><br> **MOTION FOR ENLARGEMENT OF TIME, OR ALTERNATIVELY, FOR CLARIFICATION OF MARCH 31, 2016 RULING** |

Plaintiffs (collectively "BGC") hereby move this Court for an enlargement of time, or alternatively, for a clarification of its March 31, 2016 ruling as reflected in a minute order of even date.  Plaintiffs state as follows in support of this motion.

1

Plaintiffs commenced this action in the Eighth Judicial District of Nevada on February 27, 2015. Defendants filed a notice of removal to this Court, claiming that this action arises under or is "related to" a pending bankruptcy proceeding, relying on jurisdiction under 28 U.S.C. Section 1334(a) and (b), and Section 1452(a).

Plaintiffs then moved to remand this action to state court. Plaintiffs' supporting papers, and Defendants' opposition papers, are on file. Because Plaintiffs' Motion to Remand was fully briefed and ripe for decision, this Court scheduled argument for, and entertained argument on, March 29, 2016. At the conclusion of the hearing the Court took the matter under advisement.

On March 31, 2016, this Court entered a minute order stating as follows:

**IT IS ORDERED that the Motion [11] to Remand is DENIED without prejudice. A written order shall issue. The parties shall submit a proposed discovery schedule by April 15, 2016.**

This Court has not yet entered a written order setting forth the basis for its ruling as it indicated that it would in its March 31, 2016 minute order, and, accordingly, has not yet explained the basis for its determination that the parties should engage in discovery on issues related to the Motion to Remand, and has not specified what the scope of any discovery should be. The parties previously stipulated that they would defer their Rule 26(f) conference until sixty (60) days after this Court resolves the Motion to Remand. (Docket 14). Consequently, the parties anticipated that they would not proceed with discovery at all until after this Court resolved the Motion to Remand.

. . .

. . .

. . .

1  Plaintiffs ask that this Court modify its ruling as reflected in its minute order dated March
2 31, 2016, and not require that the parties submit a discovery schedule by April 15, 2016.  In
3 accordance with the parties' previously filed stipulation, Plaintiffs request that the parties not be
4 required to proceed generally with discovery until 60 days after this Court's written order setting
5 forth its ruling on the Motion to Remand.  To the extent that the Court wishes the parties to
6 engage in limited discovery related only to the Motion to Remand, Plaintiffs request that this
7 Court clarify what the scope of that discovery should be to assist them in working out a discovery
8 schedule.

9  DATED this 14th day of April, 2016

PISANELLI BICE PLLC

By:  /s/ Todd L. Bice
    Todd L. Bice, Esq., Bar No. 4534
    Dustun H. Holmes, Esq., Bar No. 12776
    Pisanelli Bice PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    and
    Francis X. Riley, III, Bar No. 330611994
    *(Pro Hac pending)*
    friley@saul.com
    Ruth A. Rauls, Bar No. 12892005
    *(Pro Hac pending)*
    rrauls@saul.com
    SAUL EWING, LLP
    650 College Road East, Suite 400
    Princeton, NJ  08540
    Robert C. Gill, II, Bar No. 26226
    *(Pro Hac Vice)*
    rgill@saul.com
    SAUL EWING LLP
    1919 Pennsylvania Ave., NW, Suite 550
    Washington, D.C.  20007

*Counsel for Plaintiff BGC Partners, Inc.; G&E Acquisition Company, LLC; and BGC Real Estate Of Nevada, LLC.*

**IT IS SO ORDERED**

**DATED:  August 8, 2016**



**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice, PLLC, and that on this 14th day of April, 2016, I caused to be served the foregoing **MOTION FOR ENLARGEMENT OF TIME, OR ALTERNATIVELY, FOR CLARIFICATION OF MARCH 31, 2016 RULING** via electronic mail through the United States District Court's CM/ECF system.

  /s/ Shannon Thomas
An employee of Pisanelli Bice, PLLC

4