1   Todd L. Bice, Esq., Bar No. 4534
    **Pisanelli Bice PLLC**
2   400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
3   Telephone: (702) 214-2100
    Facsimile: (702) 214-2101
4   E-mail: tlb@pisanellibice.com

5   F. Thomas Hecht, Illinois Bar No. 1168606
    Tina B. Solis, Illinois Bar No. 6242461
6   Seth A. Horvath, Illinois Bar No. 6283110
    **Nixon Peabody LLP**
7   70 W. Madison Street, Suite 3500
    Chicago, Illinois  60602
8   Telephone: (312) 977-4400
    Facsimile: (844) 560-8137
9   E-mail: fthecht@nixonpeabody.com
            tbsolis@nixonpeabody.com
10          sahorvath@nixonpeabody.com
            (*pro hac vice* applications pending)
11
    *Attorneys for Plaintiffs BGC Partners Inc.,*
12  *G&E Acquisition Company LLC, and*
    *BGC Real Estate of Nevada LLC*
13

14                      **U. S. DISTRICT COURT**
                        **DISTRICT OF NEVADA**
15

16  BGC PARTNERS INC., G&E ACQUISITION          Case No. 2:15-cv-00531-RFB-GWF
    COMPANY LLC, BGC REAL ESTATE OF
17  NEVADA LLC,

18                  Plaintiffs,                 **SUBSTITUTION OF ATTORNEYS**

19  v.

20  AVISON YOUNG (CANADA) INC.
21  AVISON YOUNG (USA) INC.,
    AVISON YOUNG – NEVADA INC.,
22  MARK ROSE, THE NEVADA COMMERCIAL
    GROUP, JOHN PINJUV, and JOSEPH
23  KUPIEC,

24                  Defendants.

25
26
27
28

4828-4644-7935.1

1
2
3
4
5
6
7
8
9

     Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC (together, "Plaintiffs") hereby substitute F. Thomas Hecht Esq. (*pro hac vice* application pending), Tina B. Solis Esq. (*pro hac vice* application pending), and Seth A. Horvath Esq. (*pro hac vice* application pending) of the law firm of Nixon Peabody LLP, 70 West Madison Street, Suite 3500, Chicago, Illinois  60056, Telephone: (312) 977-4400, as attorneys of record in the above-entitled action, in place and stead of Francis X. Riley III Esq. and Ruth A. Rauls Esq. of the law firm of Saul Ewing LLP, 650 College Road East, Suite 400, Princeton, New Jersey  08540, Telephone: (609) 452-3100, and Robert C. Gill II Esq. of the law firm of Saul Ewing LLP, 1919 Pennsylvania Ave. NW, Suite 550, Washington, D.C.  20006, Telephone: (202) 333-8800.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

4828-4644-7935.1

DATED: 3/14/17, 2017.                DATED: 3/14/17, 2017.

BGC PARTNERS INC.                    G&E ACQUISITION COMPANY LLC

By: _____          By: _____

Name: Michael S. Popok              Name: Michael S. Popok

Title: Deputy General Counsel        Title: Deputy General Counsel

DATED: 3/14/17, 2017.

BGC REAL ESTATE OF NEVADA LLC

By: _____

Name: Michael S. Popok

Title: Deputy General Counsel

     F. Thomas Hecht Esq. of the law firm of Nixon Peabody LLP hereby agrees to the substitution of F. Thomas Hecht Esq., Tina B. Solis Esq., and Seth A. Horvath Esq. of the law firm of Nixon Peabody LLP (subject to their pending *pro hac vice* applications) as counsel of record for Plaintiffs in the place and stead of Francis X. Riley III Esq., Ruth A. Rauls Esq., and Robert C. Gill II Esq. of the law firm of Saul Ewing LLP.

     DATED: _____, 2017.

               NIXON PEABODY LLP

               By: _____
                   F. Thomas Hecht
                   70 W. Madison Street, Suite 3500
                   Chicago, Illinois 60602

3

4828-4644-7935.1

1        F. Thomas Hecht Esq. of the law firm of Nixon Peabody LLP hereby agrees to the

2  substitution of F. Thomas Hecht Esq., Tina B. Solis Esq., and Seth A. Horvath Esq. of the law firm

3  of Nixon Peabody LLP (subject to their pending *pro hac vice* applications) as counsel of record for

4  Plaintiffs in the place and stead of Francis X. Riley III Esq., Ruth A. Rauls Esq., and Robert C. Gill

5  II Esq. of the law firm of Saul Ewing LLP.

6        DATED: ___2/3/17___, 2017.

7                                        NIXON PEABODY LLP

8

9                                          By: _____
                                           F. Thomas Hecht

10                                          70 W. Madison Street, Suite 3500
                                         Chicago, Illinois  60602

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

4828-4644-7935.1

1       Ruth A. Rauls Esq. of the law firm of Saul Ewing LLP hereby agrees to the substitution of F.

2   Thomas Hecht Esq., Tina B. Solis Esq., and Seth A. Horvath Esq. of the law firm of Nixon Peabody

3   LLP (subject to their pending *pro hac vice* applications) as counsel of record for Plaintiffs in the

4   place and stead of Francis X. Riley III Esq., Ruth A. Rauls Esq., and Robert C. Gill II Esq. of the

5   law firm of Saul Ewing LLP.

6       DATED: _2 / 6 / 17_, 2017.

7                           SAUL EWING LLP

8

9                         By: _____

                              Ruth A. Rauls

10                          650 College Road East, Suite 4000

                         Princeton, New Jersey  08540

11

12                           **ORDER**

13   It is so ORDERED.

14       DATED: ___March 20, 2017___ .

15                          _____

16                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

4828-4644-7935.1