# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS, INC., *et al.*, | |
| Plaintiffs, | Case No. 2:15-cv-00531-RFB-GWF |
| vs. | **ORDER** |
| AVISON YOUNG (CANADA) INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Protective Order (ECF No. 105), filed on August 25, 2017. The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Protective Order (ECF No. 105) is **denied**, without prejudice.

DATED this 28th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge