# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BGC PARTNERS, INC., *et al.*,

    Plaintiffs,

vs.

AVISON YOUNG (CANADA) INC., *et al.*,

    Defendants.

Case No. 2:15-cv-00531-RFB-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Remove Attorney from Electronic Service List (ECF No. 121), filed on February 7, 2018.

Counsel for Defendants represents that Kristin Sheffield-Whitehead, Esq. is no longer involved with this litigation. Therefore, counsel requests that Ms. Sheffield-Whitehead be removed as attorney of record for Defendants. Counsel also indicates that Ms. Sheffield-Whitehead's withdrawal will not delay or prejudice the proceedings in this matter because Defendants will continue to be represented by counsel from Gordon Rees Scully Mansukhani, LLP and counsel from Kirkland & Ellis, LLP. The Court finds that counsel has provided good cause to justify granting Ms. Sheffield-Whitehead's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Attorney from Electronic Service List (ECF No. 121) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Kristin Sheffield-Whitehead, Esq. from the CM/ECF service list in this case.

DATED this 8th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge