# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BGC PARTNERS, INC., *et al.*,

    Plaintiffs,

vs.

AVISON YOUNG (CANADA) INC., *et al.*,

    Defendants.

Case No. 2:15-cv-00531-RFB-GWF

**ORDER**

This matter is before the Court on the parties' Stipulation Regarding Briefing Schedule (ECF No. 128), filed on February 21, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Stipulation Regarding Briefing Schedule (ECF No. 128) is **granted** as follows:

1. Defendants shall have until **March 14, 2018** to file a response to Plaintiff's motion for reconsideration.
2. Plaintiffs shall have until **March 28, 2018** to file a reply thereto.
3. The motion hearing is *RESCHEDULED* for **Monday, April 2, 2018 at 9:30 a.m.** in Las Vegas Courtroom 3A.

DATED this 22nd day of February, 2018.

GEORGE FOLEY, JR.
United States Magistrate Judge