| | |
|---|---|
| 1 | Robert S. Larsen, Esq. (NV Bar No. 7785) |
| | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 2 | 300 South Fourth Street, Suite 1550 |
| | Las Vegas, Nevada 89104 |
| 3 | Telephone: (702) 577-9301 |
| | Facsimile: (702) 255-2858 |
| 4 | |
| 5 | Bryan M. Stephany (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| 6 | San Francisco, CA 94104 |
| | Tel. (415) 439-1400 |
| 7 | Fax. (415) 439-1500 |
| | kwhitehead@kirkland.com |
| 8 | |
| 9 | J. Keith Kobylka (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 10 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 11 | Tel. (212) 446-4800 |
| | Fax. (212) 446-6460 |
| 12 | keith.kobylka@kirkland.com |
| 13 | |
| | *Attorneys for Defendants* |
| 14 | *Avison Young (Canada) Inc.; Avison Young* |
| | *(USA) Inc.; Avison Young-Nevada, LLC;* |
| 15 | *Mark Rose and Joseph Kupiec* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10, <br><br> Defendants. | CASE NO.: 2:15-cv-00531-RFB-GWF <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

-1-

Pursuant to Local Rule IA 11-6, Andrew B. Clubok , Esq. formerly of KIRKLAND & ELLIS LLP, respectfully moves the court for an order removing attorney Andrew B. Clubok, Esq. (admitted *Pro Hac Vice*), former email address andrew.clubok@kirkland.com, from the electronic service list and granting his withdrawal as counsel for Defendants Avison Young (Canada) Inc.; Avison Young (USA) Inc.; Avison Young-Nevada, LLC; Mark Rose and Joseph Kupiec ("Defendants").[1]  Mr. Clubok is no longer employed by KIRKLAND & ELLIS LLP and no longer involved with this litigation.  Removal of Andrew B. Clubok, Esq. from the e-service list will not delay these proceedings because GORDON REES SCULLY MANSUKHANI, LLP and other counsel from KIRKLAND & ELLIS LLP will remain as counsel for Defendants.

Accordingly, there is good cause to justify granting Andrew B. Clubok, Esq.'s withdrawal and removal from the electronic service list in this case.

Dated:  March 5, 2018

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Robert S. Larsen
Robert S. Larsen, Esq.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89169
*Attorneys for Defendants*
*AVISON YOUNG (CANADA), INC.;*
*AVISON YOUNG (USA) INC.;*
*AVISON YOUNG-NEVADA, LLC;*
*JOHN PINJUV and  JOSEPH KUPIEC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 6, 2018

---

[1] The undersigned has authorization from Mr. Clubok to file this Motion.

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), Administrative Order 14-2 effective June 1, 2014, , and N.E.F.C.R. Rule 9, I certify that I am an employee of GORDON & REES LLP and that on this 5th day of March, 2018, I did cause a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served via the Court's electronic filing service on all parties listed below (unless indicated otherwise):

Todd L. Bice, Esq.
Jordan T. Smith, Esq.
**PISANELLI BICE PLLC**
400 South Seventh Street
Suite 300
Las Vegas, Nevada 89101
   and
F. Thomas Hecht, Esq. (*Pro Has Vice*)
Tina B. Solis, Esq.
Seth A. Horvath, Esq.
NIXON PEABODY LLP
70 W. Madison St., Suite 3500
Chicago, IL 60602
*Attorneys for Plaintiffs BGC Partners, Inc.*
*G&E Acquisition Company, LLC and*
*BGC Real Estate of Nevada LLC*

Anthony J. DiRaimondo, Esq.
David Carroll, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
*Attorneys For The Nevada Commercial Group, LLC*
*And John Pinjuv*

/s/ Gayle Angulo
An employee of GORDON REES SCULLY MANSUKHANI, LLP

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1104672/37066853v.1