Robert S. Larsen, Esq. (NV Bar No. 7785)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89104
Telephone: (702) 577-9301
Facsimile: (702) 255-2858

Bryan M. Stefany (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Tel. (415) 439-1400
Fax. (415) 439-1500
bstefany@kirkland.com

Andrew B. Clubok (admitted *pro hac vice*)
J. Keith Kobylka (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4800
Fax. (212) 446-6460
andrew.clubok@kirkland.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose and Joseph Kupiec*

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BGC PARTNERS, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 ,<br><br>Defendants. | ) CASE NO.: 2:15-cv-00531-RFB-GWF<br>)<br>)<br>)<br>)<br>)<br>) **AY DEFENDANTS' MOTION FOR**<br>) **LEAVE TO FILE UNDER SEAL**<br>) **AY DEFENDANTS' LIMITED**<br>) **OPPOSITION TO PLAINTIFFS'**<br>) **MOTION TO SUBSTITUTE**<br>) **NEWMARK GROUP INC. FOR**<br>) **BGC PARTNERS INC. AS**<br>) **PLAINTIFF AND EXHIBITS 3, 6,**<br>) **AND 8 THERETO**<br>)<br>)<br>) |

-1-

Defendants Avison Young (Canada), Inc., Avison Young (USA), Inc., Avison Young-Nevada, LLC, Joseph Kupiec, and Mark Rose (collectively "AY-Defendants"), by their undersigned attorneys, hereby request leave of the Court to file AY-Defendants' **Limited Opposition** to Plaintiffs' Motion to Substitute Newmark Group Inc. for BGC Partners Inc. as Plaintiff and **Exhibits 3, 6, and 8** thereto under seal pursuant to LR 10-5 and the Court's Order dated August 31, 2017 (ECF No. 110).

This Motion is made and based upon the pleadings and papers on file herein and the following Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 31, 2017, the Court entered a Stipulated Protective Order (the "Protective Order") that provides a procedure for designating certain confidential or sensitive documents and information furnished or produced in this case. With respect to documents filed with the Court, the Protective Order provides in relevant part:

> If any party seeks to include Confidential or Highly Confidential Material with, or disclose the content thereof, in any pleading, motion, deposition transcript, or other paper filed with the Court, that party must file a motion seeking leave of court to file such documents and related materials under seal. A redacted version of any under-seal filing should be filed within two (2) business days after any under-seal filing. Any subsequent under-seal filing shall be made in accordance with the procedures of the United States District Court for the District of Nevada.

ECF No. 110, p. 7 ¶ 21.

Contemporaneously herewith, Defendants are filing a limited opposition to Plaintiffs' motion to substitute. In response to Defendants' efforts to obtain informal discovery regarding the relief requested, Plaintiffs provided two documents to Defendants' counsel on an "Outside Counsel Attorney's Eyes Only" basis after Plaintiffs heavily redacted them (the "Documents"). The Protective Order does not recognize an "Outside Counsel Attorney's Eyes Only" level of protection.

In support of Defendants' limited opposition to Plaintiffs' motion to substitute, Defendants have referenced and cited the Documents. Although Defendants reserve all rights to challenge Plaintiffs' designation on the Documents at the appropriate time, Plaintiffs have represented that the Documents contain sensitive information about corporate

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

transactions.  Accordingly, out of an abundance of caution, Defendants redacted references to the Documents in the copy of Defendants' brief not filed under seal; filed the Documents under seal at **Exhibit 6**; redacted substantive references to the Documents in **Exhibit 3** and **Exhibit 8** to Defendants' brief; and filed unredacted copies of **Exhibit 3** and **Exhibit 8** under seal.

Based upon the foregoing, Defendants hereby respectfully request that the Court enter an order granting leave to file (a) an unredacted copy of Defendants' brief under seal, (b) **Exhibit 6** under seal, and (c) unredacted copies of **Exhibit 3** and **Exhibit 8**.

Dated:  March 9, 2018

Respectfully submitted,

/s/ Robert S. Larsen

By

Robert S. Larsen, Esq.
 (NV Bar No. 7785)
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
300 South 4th  Street, Suite 1550
Las Vegas, Nevada  89101
Tel. (702) 577-9300
 Fax. (702) 255-2858
 rlarsen@grsm.com

Bryan M. Stephany
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, DC  20005
Tel. (202) 879-5998
Fax. (202) 879-5200
bryan.stephany@kirkland.com

Keith Kobylka
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022
Tel. (212) 446-4686
Fax. (212) 446-4900
keith.kobylka@kirkland.com

***Attorneys for Defendants Avison Young***
***(Canada) Inc.; Avison Young (USA)***
***Inc.; Avison Young-Nevada, LLC;***
***Mark Rose and Joseph Kupiec***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101

-3-

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), Administrative Order 14-2 effective June 1, 2014 and N.E.F.C.R. Rule 9, I certify that I am an employee of GORDON & REES LLP and that on this 9th day of March, 2018, I did cause a true and correct copy of **AY DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AY DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFFS' MOTION TO SUBSTITUTE NEWMARK GROUP INC. FOR BGC PARTNERS INC. AS PLAINTIFF AND EXHIBITS 3, 6, AND 8 THERETO** to be served via the Court's electronic filing service on all parties listed below (unless indicated otherwise):

Todd L. Bice, Esq.
Jordan T. Smith, Esq.
**PISANELLI BICE PLLC**
400 South Seventh Street
Suite 300
Las Vegas, Nevada  89101
        and
F. Thomas Hecht, Esq. (*Pro Has Vice*)
Tina B. Solis, Esq.
Seth A. Horvath, Esq.
NIXON PEABODY LLP
70 W. Madison St., Suite 3500
Chicago, IL 60602
*Attorneys for Plaintiffs BGC Partners, Inc.*
*G&E Acquisition Company, LLC and*
*BGC Real Estate of Nevada LLC*

Anthony J. DiRaimondo, Esq.
David Carroll, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
*Attorneys For The Nevada Commercial Group, LLC*
*And John Pinjuv*

/s/ Gayle Angulo

An employee of GORDON REES SCULLY MANSUKHANI,  LLP

1104672/37146903v.1

-4-