Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: speek@hollandhart.com
       rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-GWF<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 16th day of March, 2018.

             HOLLAND & HART LLP

             */s/ Rachel L. Wise*
             Stephen Peek, Esq.
             Nevada Bar No. 1758
             Rachel L. Wise, Esq.
             Nevada Bar No. 12303
             9555 Hillwood Drive, 2nd Floor
             Las Vegas, Nevada 89134

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

        */s/ Joyce Heilich*
An Employee of Holland & Hart LLP