Robert S. Larsen, Esq. (NV Bar No. 7785)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@gordonrees.com

Bryan M. Stephany (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 879-5998
Fax. (202) 879-5200
bryan.stephany@kirkland.com

Keith Kobylka (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4686
Fax. (212) 446-49000
keith.kobylka@kirkland.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose and Joseph Kupiec*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC, DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 | CASE NO.: 2:15-cv-00531-RFB-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO RECONSIDER THE PROTECTIVE ORDER'S "HIGHLY CONFIDENTIAL" PROVISIONS AND CONSOLIDATE SELECTED DEPOSITIONS [ECF NO. 123] AND MOTION TO SUBSTITUTE PARTY [ECF NO. 132]**<br><br>**(First Request)** |

-1-

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada ("Plaintiffs"), through their counsel of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group ("Defendants"), through their counsel of record, hereby stipulate and request that the Court continue the hearing on Plaintiff's Motion to Reconsider the Protective Order's "Highly Confidential" Provisions and Consolidate Selected Depositions [ECF No. 123] ("Motion Regarding the Protective Order and Depositions") and Plaintiff's Motion to Substitute Party Newmark Group Inc. for BGC Partners Inc. as Plaintiff [ECF No. 132] ("Motion to Substitute") (together, the "Motions") as follows:

**STIPULATION**

1. Plaintiffs filed their Motion Regarding the Protective Order and Depositions on February 14, 2018.

2. On February 20, 2018, the Court set a March 12, 2018, hearing on the Motion Regarding the Protective Order and Depositions [2/20/18 Minute Entry].

3. On February 22, 2018, the Court granted the parties' stipulation setting a briefing schedule on the Motion Regarding the Protective Order and Depositions and resetting the hearing date for 9:30 a.m. on Monday, April 2, 2018 [ECF No. 131].

4. As of March 28, 2018, the Motion Regarding the Protective Order and Depositions will be fully briefed and pending before the Court.

5. Plaintiffs filed their Motion to Substitute on February 23, 2018.

6. The Motion to Substitute is fully briefed and pending before the Court.

7. On March 21, 2018, the Court scheduled a hearing on Plaintiffs' Motion to Substitute for 9:30 a.m. on Monday, April 2, 2018 [ECF No. 148].

8. Counsel for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young-Nevada, LLC, Mark Rose, and Joseph Kupiec (collectively, the "AY Defendants") have a conflict on April 2, 2018 and are unable to attend the hearing on April 2, 2018.

1  9. Counsel for the AY Defendants has reached out to other counsel in the case about continuing the hearing on the Motions.

10. After discussion, the parties were unable to find a mutually agreeable date prior to May 1, 2018 that could accommodate the attorneys' respective schedules.

11. Counsel for Plaintiffs does not object to continuing the hearing to May 1, 2018, subject to the Court's availability on that date.

12. Accordingly, the parties request that the Court reschedule the hearing on the Motions to May 1, 2018 or such other date on which the Court is available.

13. This stipulation is not made for purposes of delay.

DATED:   March 27, 2018

GORDON REES SCULLY MANSUKHANI LLP

/s/ *Robert S. Larsen*
_____
Robert S. Larsen
Nevada Bar No. 7785
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

Kirkland & Ellis LLP
Bryan Stephany (pro hac vice)
655 Fifteenth Street, NW
Washington, DC 20005-5793
Attorneys for *Avison Young (Canada), Inc., Avison Young (USA) Inc., Avison Young-Nevada, LLC, Mark Rose, and Joseph Kupiec*

DATED:   March 27, 2018

RICE REUTHER SULLIVAN & CARROL, LLP

/s/ *Anthony J. Diraimondo*
_____
David Carroll
Nevada Bar No. 7643
Anthony J. DiRaimondo
Nevada Bar No. 10875
3800 Howard Hughes Pkwy, suite 1200
Attorneys for *The Nevada Commercial Group, LLC and John Pinjuv*

DATED:   March  27, 2018

NIXON PEABODY LLP

/s/ *Tina B. Solis*
_____
F. Thomas Hecht (pro hac vice)
Tina B. Solis (pro hac vice)
Seth A. Horvath (pro hac vice)
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602

Todd L. Bice
Pisanelli Bice, PLLC
Nevada Bar No. 4534
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Attorneys for *Plaintiffs*

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

## **ORDER**

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED that the hearing on Plaintiffs Motion Regarding the Protective Order and Depositions [ECF No. 123] and Plaintiffs' Motion to Substitute [ECF No. 132], is continued to the following date and time: May 1, 2018 at 9:30 am in Courtroom 3A.

**IT IS SO ORDERED.**

_____
George W. Foley
United States Magistrate Judge
DATED: this 28th day of March 2018

1104672/37381796v.1

-4-