Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht, Illinois Bar No. 1168606
Tina B. Solis, Illinois Bar No. 6242461
Seth A. Horvath, Illinois Bar No. 6283110
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BGC PARTNERS INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, JOSEPH KUPIEC, DOES 1 through 5, and ROE BUSINESS ENTITIES 6 through 10. <br><br> Defendants. | CASE NO.: 2:15–cv–00531–RFB–GWF <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO RECONSIDER THE PROTECTIVE ORDER'S "HIGHLY CONFIDENTIAL" PROVISIONS AND CONSOLIDATE SELECTED DEPOSITIONS (ECF NO. 123) AND MOTION TO SUBSTITUTE PLAINTIFF (ECF NO. 132)** <br><br> **(Second Request)** |

In accordance with LR IA 6–1 and LR 7–1, Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada ("Plaintiffs"), through their counsel of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison

Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group ("Defendants"), through their counsel of record, hereby stipulate and request that the Court continue the hearing on Plaintiff's Motion to Reconsider the Protective Order's "Highly Confidential" Provisions and Consolidate Selected Depositions (ECF No. 123) ("Motion Regarding the Protective Order and Depositions") and Plaintiff's Motion to Substitute Newmark Group Inc. for BGC Partners Inc. as Plaintiff (ECF No. 132) ("Motion to Substitute") (together, the "Motions") as follows:

**STIPULATION**

1.  Plaintiffs filed their Motion Regarding the Protective Order and Depositions on February 14, 2018.

2.  On February 20, 2018, the Court set a March 12, 2018, hearing on the Motion Regarding the Protective Order and Depositions. (2/20/18 Minute Order.)

3.  On February 22, 2018, the Court granted the parties' stipulation setting a briefing schedule on the Motion Regarding the Protective Order and Depositions and resetting the hearing date for 9:30 a.m. on Monday, April 2, 2018. (ECF No. 131.)

4.  The Motion Regarding the Protective Order and Depositions is fully briefed and pending before this Court.

5.  Plaintiffs filed their Motion to Substitute on February 23, 2018.

6.  The Motion to Substitute is fully briefed and pending before the Court.

7.  On March 21, 2018, the Court scheduled a hearing on Plaintiffs' Motion to Substitute for 9:30 a.m. on Monday, April 2, 2018. (3/21/18 Minute Order.)

8.  On March 27, 2018, the parties submitted a stipulation to continue the April 2 hearing on the Motions to May 1, 2018 (ECF No. 149), which the Court entered on March 28, 2018 (ECF No. 151).

9. Plaintiffs' counsel now have a conflict and are unable to attend the May 1, 2018, hearing on the Motions.

10. Plaintiffs' counsel have conferred with Defendants' counsel about continuing the hearing.

11. After discussion, the parties' counsel agreed upon three dates that could accommodate their respective schedules: June 12, 2018, June 13, 2018, and June 14, 2018.

12. Defendants' counsel do not object to continuing the hearing to one of these dates subject to the Court's availability on those dates.

13. The parties therefore request that the Court reschedule the hearing on the Motions to June 12, 2018, June 13, 2018, or June 14, 2018, or such other date on which the Court is available.

Dated: April 17, 2018

| | |
|---|---|
| NIXON PEABODY LLP | KIRKLAND & ELLIS LLP |
| By:  s/ Seth A. Horvath | By:  s/ Bryan M. Stephany |
| F. Thomas Hecht (pro hac vice)<br>Tina B. Solis (pro hac vice)<br>Seth A. Horvath (pro hac vice)<br>70 W. Madison Street, Suite 3500<br>Chicago, Illinois  60602 | Bryan Stephany (pro hac vice)<br>655 Fifteenth Street, NW<br>Washington, DC  20005-5793<br><br>Keith Kobylka (pro hac vice)<br>601 Lexington Avenue<br>New York, NY  10022 |
| *Attorneys for Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevad LLC* | *Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, and Joseph Kupiec* |
| RICE REUTHER SULLIVAN<br>& CARROLL LLP | |
| By:  s/ Anthony J. DiRaimondo | |
| David Carroll (Nev. Bar No. 7643)<br>Anthony J. DiRaimondo (Nev. Bar No. 10875)<br>3800 Howard Hughes Pkwy. Suite 1200 | |
| *Attorneys for The Nevada Commercial Group LLC and John Pinjuv* | |

# ORDER

Having reviewed the foregoing stipulation and found it to be supported by good cause, IT IS HEREBY ORDERED that the hearing on Plaintiffs Motion Regarding the Protective Order and Depositions (ECF No. 123) and Plaintiffs' Motion to Substitute (ECF No. 132) is continued to the following date and time: Tuesday, June 12, 2018 at 9:30 a.m. in Courtroom 3A.

IT IS SO ORDERED.

_____
Hon. George W. Foley
United States Magistrate Judge

DATED: 4-18-18

- 4 -