Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht, Illinois Bar No. 1168606
Tina B. Solis, Illinois Bar No. 6242461
Seth A. Horvath, Illinois Bar No. 6283110
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs BGC Partners Inc.,
G&E Acquisition Company LLC, and BGC Real
Estate of Nevada LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BGC PARTNERS INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, JOSEPH KUPIEC, DOES 1 through 5, and ROE BUSINESS ENTITIES 6 through 10. <br><br> Defendants. | CASE NO.: 2:15–cv–00531–RFB–GWF <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON THE AVISON YOUNG DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY (ECF No. 156)** <br><br> **(First Request)** |

In accordance with LR IA 6–1 and LR 7–1, Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada ("Plaintiffs"), through their counsel of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC,

Mark Rose, Joseph Kupiec (collectively, the "Avison Young Defendants"), John Pinjuv, and The Nevada Commercial Group, through their counsel of record, hereby stipulate to and request the entry of an order setting a briefing schedule on Plaintiffs' response to the Avison Young Defendants' motion for leave to file notice of supplemental authority:

## **STIPULATION**

1. On May 18, 2018, the Avison Young Defendants filed a motion for leave to file notice of supplemental authority. (ECF No. 156, Mot. to Supplement.)

2. Under LR 7–2, the current deadline for Plaintiffs' response to the Avison Young Defendants' motion is June 1, 2018.

3. Emily Milligan, the in-house attorney responsible for reviewing Plaintiffs' submissions in this matter, is traveling from May 25, 2018, through June 4, 2018.

4. To allow Ms. Milligan the opportunity to review Plaintiffs' response to the Avison Young Defendants' motion, Plaintiffs seek a seven-day extension of time, until June 8, 2018, to file their response.

5. Having conferred and agreed, the parties respectfully request that the Court set the following deadlines with respect to the Avison Young Defendants' motion:

    a. Plaintiffs shall have until **June 8, 2018**, to file a response in opposition to the Avison Young Defendants' motion.

    b. The Avison Young Defendants shall have until **June 18, 2018**, to file a reply in support of their motion.

Dated: May 30, 2018

| | |
|---|---|
| NIXON PEABODY LLP | KIRKLAND & ELLIS LLP |
| By:    s/ Seth A. Horvath | By:    s/ Bryan M. Stephany |
| F. Thomas Hecht (pro hac vice)<br>Tina B. Solis (pro hac vice)<br>Seth A. Horvath (pro hac vice)<br>70 W. Madison Street, Suite 3500<br>Chicago, Illinois 60602 | Bryan Stephany (pro hac vice)<br>655 Fifteenth Street, NW<br>Washington, DC 20005-5793<br><br>Keith Kobylka (pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022 |
| *Attorneys for Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevad LLC* | *Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, and Joseph Kupiec* |
| RICE REUTHER SULLIVAN<br>& CARROLL LLP | |
| By:    s/ Anthony J. DiRaimondo | |
| David Carroll (Nev. Bar No. 7643)<br>Anthony J. DiRaimondo (Nev. Bar No. 10875)<br>3800 Howard Hughes Pkwy. Suite 1200 | |
| *Attorneys for The Nevada Commercial Group LLC and John Pinjuv* | |

## **ORDER**

Having reviewed the foregoing stipulation and found it to be supported by good cause, IT IS HEREBY ORDERED that Plaintiffs shall file their response to the Avison Young Defendants' motion for leave to file notice of supplemental authority by June 8, 2018, and the Avison Young Defendants shall file their reply by June 18, 2018.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: May 31, 2018.

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on May 30, 2018, I caused a true and correct copy of the foregoing **Stipulation and Order Regarding Briefing Schedule on the Avison Young Defendants' Motion for Leave to File Notice of Supplemental Authority** to be filed electronically with the clerk of court using the court's CM/ECF system, which will send a notification of electronic filing to the counsel of record who have entered an appearance in this case, including those listed below:

Robert S. Larsen
**Gordon & Rees LLP**
3770 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89168
rlarsen@gordonrees.com

Bryan M. Stephany
**Kirkland & Ellis LLP**
655 Fifteenth Street, NW
Washington, DC 20005-5793
bstephany@kirkland.com

Keith Kobylka
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
keith.kobylka@kirkland.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, and Joseph Kupiec*

David Carroll
Anthony J. DiRaimondo
**Rice Reuther Sullivan & Carroll LLP**
3800 Howard Hughes Pkwy., Suite 1200
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com

*Attorneys for Defendants The Nevada Commercial Group LLC and John Pinjuv*

    /s/ Seth A. Horvath
*One of the Attorneys for Plaintiffs BGC Partners Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*