1 Robert S. Larsen, Esq. (NV Bar No. 7785)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9300
Fax. (702) 255-2858
rlarsen@gordonrees.com

Bryan M. Stephany (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 879-5998
Fax. (202) 879-5200
bryan.stephany@kirkland.com

Keith Kobylka (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4686
Fax. (212) 446-49000
keith.kobylka@kirkland.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose and Joseph Kupiec*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC, DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 | CASE NO.: 2:15-cv-00531-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES (ECF No. 172)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs Newmark Group, Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada, LLC ("Plaintiffs"), through their counsel of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group ("Defendants"), through their respective counsel of record, hereby respectfully submit the following Stipulation and Proposed Order Extending the Briefing Schedule on Plaintiffs' Motion to Strike Affirmative Defenses.

1. On July 26, 2018, Plaintiffs filed their Motion to Strike Affirmative Defenses. (ECF. No. 172).

2. Having conferred and agreed, the parties respectfully request that the Court set the following briefing deadlines with respect to Plaintiffs' motion:

    a. Defendants shall have until **August 21, 2018**, to file a response in opposition to Plaintiffs' motion.

    b. Plaintiffs shall have until **August 28, 2018** to file a reply in support of their motion.

3. The parties further respectfully request that the Court schedule the hearing currently requested to a date after **August 28, 2018**.

| | |
|---|---|
| DATED: July 31, 2018 | DATED: July 31, 2018 |
| GORDON REES SCULLY MANSUKHANI LLP | NIXON PEABODY LLP |
| /s/ Robert S. Larsen | /s/ Seth A. Horvath |
| Robert S. Larsen<br>Nevada Bar No. 7785<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>Kirkland & Ellis LLP<br>Bryan Stephany (pro hac vice)<br>655 Fifteenth Street, NW<br>Washington, DC 20005-5793<br>Attorneys for *Avison Young (Canada), Inc., Avison Young (USA) Inc., Avison Young-Nevada, LLC, Mark Rose, and Joseph Kupiec* | F. Thomas Hecht (pro hac vice)<br>Tina B. Solis (pro hac vice)<br>Seth A. Horvath (pro hac vice)<br>70 W. Madison Street, Suite 3500<br>Chicago, Illinois 60602<br><br>Todd L. Bice<br>Pisanelli Bice, PLLC<br>Nevada Bar No. 4534<br>3883 Howard Hughes Pkwy, Suite 800<br>Las Vegas, Nevada 89169<br>Attorneys for *Plaintiffs* |

DATED: July 31, 2018

RICE REUTHER SULLIVAN
& CARROL, LLP

/s/ Anthony J. DiRaimondo
_____
David Carroll
Nevada Bar No. 7643
Anthony J. DiRaimondo
Nevada Bar No. 10875
3800 Howard Hughes Pkwy, suite 1200
Attorneys for *The Nevada Commercial Group,
LLC and John Pinjuv*

## ORDER

Having reviewed the foregoing stipulation and finding good cause appearing,

IT IS HEREBY ORDERED that Defendants shall file their response in opposition to Plaintiffs' motion by August 21, 2018, and Plaintiffs shall file their reply by August 28, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 1, 2018

-3-