Robert S. Larsen, Esq. (NV Bar No. 7785)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89104
Telephone: (702) 577-9301
Facsimile: (702) 255-2858

P. Daniel Bond (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel. (312) 862-7026
Fax. (312) 862-2200
daniel.bond@kirkland.com

J. Keith Kobylka (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4800
Fax. (212) 446-6460
keith.kobylka@kirkland.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose and Joseph Kupiec*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BGC PARTNERS, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10, <br><br> Defendants. | CASE NO.: 2:15-cv-00531-RFB-GWF <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Pursuant to Local Rule IA 11-6, Bryan M. Stephany, Esq. formerly of KIRKLAND & ELLIS LLP, respectfully moves the court for an order removing attorney Bryan M. Stephany, Esq. (admitted *Pro Hac Vice*), former email address bryan.stephany@kirkland.com, from the electronic service list and granting his withdrawal as counsel for Defendants Avison Young (Canada) Inc.; Avison Young (USA) Inc.; Avison Young-Nevada, LLC; Mark Rose and Joseph Kupiec ("Defendants").[1] Mr. Stephany is no longer employed by KIRKLAND & ELLIS LLP and no longer involved with this litigation. Removal of Mr. Stephany from the e-service list will not delay these proceedings because GORDON REES SCULLY MANSUKHANI, LLP and other counsel from KIRKLAND & ELLIS LLP will remain as counsel for Defendants.

Accordingly, there is good cause to justify granting Bryan M. Stephany, Esq.'s withdrawal and removal from the electronic service list in this case.

Dated: August 28, 2018

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Robert S. Larsen
Robert S. Larsen, Esq.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*AVISON YOUNG (CANADA), INC.;*
*AVISON YOUNG (USA) INC.;*
*AVISON YOUNG-NEVADA, LLC;*
*JOHN PINJUV and JOSEPH KUPIEC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-29-2018

---

[1] The undersigned has authorization from Mr. Stephany to file this Motion.

-2-