Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht, Illinois Bar No. 1168606
Tina B. Solis, Illinois Bar No. 6242461
Seth A. Horvath, Illinois Bar No. 6283110
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>Plaintiffs,<br>v.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, JOSEPH KUPIEC, DOES 1 through 5, and ROE BUSINESS ENTITIES 6 through 10.<br><br>Defendants. | CASE NO.: 2:15–cv–00531–RFB–GWF<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON THE AVISON YOUNG DEFENDANTS' MOTION TO COMPEL AMENDED ANSWER TO INTERROGATORY NO. 3 AND STAY DISCOVERY (ECF No. 182) AND PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 186)**<br><br>**(First Request)** |

In accordance with LR IA 6–1 and LR 7–1, Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada ("Plaintiffs"), through their counsel

of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec (collectively, the "Avison Young Defendants"), John Pinjuv ("Pinjuv"), and The Nevada Commercial Group ("NCG"), through their counsel of record, hereby stipulate to and request the entry of an order setting a briefing schedule on Plaintiffs' response to the Avison Young Defendants' motion to compel an amended answer to Interrogatory No. 3 and stay discovery and Defendants' response to Plaintiffs' motion for leave to amend.

**STIPULATION**

1. On September 14, 2018, the Avison Young Defendants filed a motion to compel an amended answer to Interrogatory No. 3 and stay discovery. (ECF No. 182, Mot. to Compel.)

2. On September 19, 2018, Pinjuv and NCG joined the Avison Young Defendants' motion. (ECF No. 185, Joinder to Mot. to Compel.)

3. On September 19, 2018, Plaintiffs filed a motion for leave to file a Second Amended Complaint. (ECF No. 186, Mot. for Leave.)

4. Under LR 7–2, the current deadline for Plaintiffs' response to the Avison Young Defendants' motion is September 28, 2018.

5. Under LR 7–2, the current deadline for Defendants' response to Plaintiffs' motion is October 3, 2018.

6. Having conferred and agreed, the parties respectfully request that the Court set the following deadlines with respect to the Avison Young Defendants' motion:

   a. Plaintiffs shall have until **October 5, 2018**, to file a response in opposition to the Avison Young Defendants' motion to compel.

   b. Defendants shall have until **October 10, 2018,** to file a response in opposition to the Plaintiffs' motion for leave.

   c. The Avison Young Defendants shall have until **October 12, 2018**, to file a reply in support of their motion to compel.

d. Plaintiffs shall have until **October 17, 2018,** to file a reply in support of their motion for leave.

Dated: September 21, 2018

NIXON PEABODY LLP

By: s/ Seth A. Horvath

F. Thomas Hecht (pro hac vice)
Tina B. Solis (pro hac vice)
Seth A. Horvath (pro hac vice)
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevad LLC*

RICE REUTHER SULLIVAN & CARROLL LLP

By: s/ Anthony J. DiRaimondo

David Carroll (Nev. Bar No. 7643)
Anthony J. DiRaimondo (Nev. Bar No. 10875)
3800 Howard Hughes Pkwy. Suite 1200

*Attorneys for The Nevada Commercial Group LLC and John Pinjuv*

KIRKLAND & ELLIS LLP

By: s/ Keith Kobylka

Keith Kobylka (pro hac vice)
601 Lexington Avenue
New York, NY 10022

P. Daniel Bond (*pro hac vice* admission forthcoming)
300 North LaSalle
Chicago, IL 60654

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, and Joseph Kupiec*

**ORDER**

Having reviewed the foregoing stipulation and found it to be supported by good cause, IT IS HEREBY ORDERED that Plaintiffs shall file their response to the Avison Young Defendants' motion to compel an amended answer to Interrogatory No. 3 and to stay discovery by October 5, 2018, and the Avison Young Defendants shall file their reply by October 12, 2018. Defendants shall file their response to Plaintiffs' motion for leave to file a Second Amended Complaint by October 10, 2018, and Plaintiffs shall file their reply by October 17, 2018.

IT IS SO ORDERED.

George Foley Jr.
______________________________

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 9-24-2018

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on September 21, 2018, I caused a true and correct copy of the foregoing **Stipulation and Order Regarding Briefing Schedule on the Avison Young Defendants' Motion to Compel Amended Answer to Interrogatory No. 3 and Stay Discovery and Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 186)** to be filed electronically with the clerk of court using the court's CM/ECF system, which will send a notification of electronic filing to the counsel of record who have entered an appearance in this case, including those listed below:

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
rlarsen@grsm.com
wwong@grsm.com

Keith Kobylka
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
keith.kobylka@kirkland.com

P. Daniel Bond
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
daniel.bond@kirkland.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, and Joseph Kupiec*

David Carroll
Anthony J. DiRaimondo
**Rice Reuther Sullivan & Carroll LLP**
3800 Howard Hughes Pkwy., Suite 1200
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com

*Attorneys for Defendants The Nevada Commercial Group LLC and John Pinjuv*

/s/ Seth A. Horvath

*One of the Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*