Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Y. Wong, Esq. (NV Bar No. 13622)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9300
Fax (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel J. Kritzer (*pro hac vice*)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, New York 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc., Avison Young*
*(USA) Inc., Avison Young-Nevada, LLC,*
*Mark Rose, and Joseph Kupiec*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 <br><br> Defendants. | CASE NO.: 2:15-cv-00531-RFB-EJY <br><br><br> **MOTION FOR SUBSTITUTION OF COUNSEL FOR JOHN PINJUV AND THE NEVADA COMMERICAL GROUP** |

-1-

Defendants John Pinjuv and The Nevada Commercial Group hereby consent to the substitution of Robert S. Larsen, Esq. and Wing Y. Wong, Esq. of GORDON REES SCULLY MANSUKHANI, LLP and Nathaniel J. Kritzer of STEPTOE & JOHNSON LLP as their counsel in place of Anthony J. DiRaimondo, Esq. and David Carroll, Esq. of RICE REUTHER SULLIVAN & CARROLL, LLP, in the above-entitled matter.

Dated this 23 day of October, 2019.

NEVADA COMMERCIAL GROUP

_____
John Pinjuv, President

_____
John Pinjuv, in his individual capacity

Anthony J. DiRaimondo, Esq. and David Carroll, Esq. of RICE REUTHER SULLIVAN & CARROLL, LLP consent to the substitution of Robert S. Larsen, Esq. and Wing Y. Wong, Esq. of GORDON REES SCULLY MANSUKHANI, LLP and Nathaniel J. Kritzer of STEPTOE & JOHNSON LLP as counsel of record in its place and stead on behalf of defendants The Nevada Commercial Group and John Pinjuv.

Dated this 23rd day of October 2019.

RICE REUTHER SULLIVAN & CARROLL, LLP

_____
Anthony J. DiRaimondo, Esq.
David Carroll, Esq.
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169

///
///
///
///

-2-

Robert S. Larsen, Esq. and Wing Y. Wong, Esq. of GORDON REES SCULLY MANSUKHANI, LLP and Nathaniel J. Kritzer of STEPTOE & JOHNSON LLP, consent to substitution of counsel of record for defendants The Nevada Commercial Group and John Pinjuv.

Dated this 23rd day of October 2019.

GORDON REES SCULLY MANSUKHANI, LLP

Robert S. Larsen, Esq.
Nevada Bar No. 7785
James E. Cavanaugh, Esq.
Nevada Bar No. 6929
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

STEPTOE & JOHNSON LLP

Nathaniel J. Kritzer, Esq.
(pro hac vice)
1114 Avenue of the Americas
New York, New York 10036

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2019