Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Yan Wong, Esq. (NV Bar No. 13622)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89104
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer, Esq. (*Admitted Pro Hac Vice*)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax. (212) 506-3950
nkritzer@Steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose, Joseph Kupiec, John Pinjuv and*
*The Nevada Commercial Group, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10, <br><br> Defendants. | CASE NO.: 2:15-cv-00531-RFB-EJY <br><br> **DEFENDANTS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY BY CELLULAR PHONE AT APRIL 6, 2020 HEARING** <br><br> **(Emergency Motion)** |

Defendants respectfully request that Defendants' out-of-state counsel Nathaniel Kritzer

and Jeremy Goldkind be permitted to attend the April 6, 2020 hearing telephonically by cellular

phone. Local counsel Robert S. Larsen intends to appear telephonically through a landline. This request is made pursuant to LR 7-4 and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court has set a hearing for April 6, 2020 on Plaintiffs' Motion to Compel Directed to the AY Defendants and the NCG Defendants. *See* ECF No. 318. The Court permits the parties to appear telephonically but prohibits the use of a cell phone. *Id*. Given the extraordinarily unusual circumstances with the COVID-19 outbreak, and the current lockdown in New York and Chicago where Mr. Kritzer and Mr. Goldkind reside respectively, Defendants request that counsel be permitted to attend the hearing through the use of cell phones.

The governors of New York and Illinois have issued directives prohibiting residents from traveling and requiring residents to stay at home, with exceptions not applicable here. *See* New York Exec. Order No. 202.6 (March 18, 2020), https://www.governor.ny.gov/news/no-2026-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency; Ill. Exec. Order No. 2020-10 (March 20, 2020), https://www2.illinois.gov/Pages/Executive-Orders/ExecutiveOrder2020-10.aspx. Under those two states' directives, law firms are not considered "essential businesses" and attorneys are prohibited from entering the work premises to conduct "non-essential business." Mr. Kritzer is the lead counsel for Defendants. Both Mr. Kritzer and Mr. Goldkind do not have access to a landline at their respective residences. *See* Ex. 1, Decl. of Nathaniel Kritzer at ¶¶ 7-8. They anticipate that they will not be able to travel to or enter their respective offices where landline access is available to attend the April 6 hearing. *Id*.

This Court has inherent power and discretion to manage its courtroom. *U.S. v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) ("[a]ll federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively"). Allowing telephonic appearances by cell phone would not prejudice Plaintiffs. Counsel will take steps to ensure that the cell phone connection will be as clear and with as few interruption as practicable within their control. Local counsel Mr. Larsen intends to appear with the use of a landline.

For these reasons, Defendants respectfully request that counsel be permitted to appear telephonically through the use of cell phones.

Dated: March 24, 2020

Respectfully submitted,

*/s/ Robert S. Larsen*_____
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Y. Wong, Esq.
Nevada Bar No. 13622
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@grsm.com

Nathaniel J. Kritzer (*pro hac vice*)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, New York 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young-Nevada, LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group, and John Pinjuv*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2020

-3-