UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendants' Renewed Motion for Leave to File Exhibit Under Seal. ECF No. 325. Defendants' prior motion to file the same exhibit under seal was denied because the exhibit had not been lodged with the Court and, therefore, there was nothing upon which the Court could rule. Defendants have now filed ECF Nos. 324, the sealed exhibit, and the instant renewed motion, ECF No. 325.

Upon review of the document filed under seal, the Court finds that the exhibit potentially contains proprietary business information and commercially sensitive information such that Defendants' Motion is properly granted.

Accordingly, IT IS HEREBY ORDERED that Defendants' Renewed Motion for Leave to File Exhibit Under Seal (ECF No. 325) is GRANTED. The document lodged under seal at ECF No. 324 shall be sealed.

DATED: March 27, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1