Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht
Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,*
*G&E Acquisition Company LLC, and*
*BGC Real Estate of Nevada LLC*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10, <br><br> Defendants. | Case No. 2:15–cv–00531–RFB–EJY <br><br><br> **PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE BY CELLULAR PHONE AT THE APRIL 6, 2020, HEARING** <br><br> **(Emergency Motion)** |

Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate

of Nevada LLC (together, "Plaintiffs"), through their counsel, move this Court under LR 7-4 for

the entry of an order allowing them to participate by cellular phone at the April 6, 2020, telephonic hearing in this matter. In support of this motion, Plaintiffs submit the following memorandum of points and authorities:

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 23, 2020, the Court entered an order setting an April 6 telephonic hearing on two of Plaintiffs' motions to compel. (ECF No. 318.) The order states: "The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line." (*Id.*)

On March 25, 2020, Defendants filed an emergency motion seeking leave for two of their attorneys to appear telephonically by cellular phone at the April 6 hearing. (ECF No. 319.) On March 26, 2020, the Court granted Defendants' motion. (ECF No. 323.)

Plaintiffs likewise seek leave for their counsel to participate telephonically by cellular phone at the April 6 hearing. Tina Solis and Seth Horvath, who are admitted pro hac vice in this matter, live and work in the Chicago area. As a result of the COVID-19 outbreak, Illinois residents are subject to the travel restrictions set forth in Executive Order 2020-10, issued by the Governor of Illinois on March 20, 2020. *See* Exec. Order 2020-10 https://www2.illinois.gov/Pages/Executive-Orders/ExecutiveOrder2020-10.aspx (Mar. 20, 2020). Obtaining access to a land line for purposes of the April 6 hearing would require travel to and from the offices of Nixon Peabody LLP, Plaintiffs' counsel's law firm. (*See* Ex. 1, Solis Decl., ¶¶ 8–12.)

To avoid unnecessary travel under the current circumstances, Plaintiffs request leave for their counsel to participate telephonically by cellular phone, rather than by land line, at the April 6 hearing. The court has the inherent authority to grant this request. *See United States v. Urena*, 659 F.3d 903, 908 (9th Cir. 2011). Plaintiffs' counsel will take all reasonable measures within their control to ensure that their cellular-phone connections remain clear and uninterrupted during the course of the hearing.

This motion qualifies as an emergency since it involves compliance with the Court's March 23 order, it cannot be addressed within the standard briefing schedule in LR 7-2(b), and it arises from COVID-19 travel restrictions.

Plaintiffs' counsel have conferred with Defendants' counsel about the relief requested in this motion. Defendants' counsel have no objection. (*Id*., ¶ 16.)

## **CONCLUSION**

**FOR THESE REASONS**, Plaintiffs respectfully request the entry of an order allowing their counsel to participate by cellular phone at the April 6 telephonic hearing in this matter.

Dated: March 27, 2020

Respectfully submitted,

/s/ *Tina B. Solis*

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht
Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

*Attorneys for Plaintiffs Newmark Group Inc.,
G&E Acquisition Company LLC, and
BGC Real Estate of Nevada LLC*

Dated:  March 30, 2020