UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

On May 5, 2020, this Court granted in part and denied in part Defendants' Motion for Leave to File Exhibits Under Seal and Redact Portions of Opposition to Plaintiffs' Motion for Protective Order.  ECF No. 355.  *Inter alia*, this Court granted Defendants' Motion to the extent it sought to maintain the redactions of portions of their Opposition to Plaintiffs' Motion for Protective Order for a period of five business days to allow Defendants to file an unredacted version of their Opposition for the Court to review.  *Id*. at 3:7–10.  On May 6, 2020, Defendants filed an unredacted copy of their Opposition to Plaintiffs' Motion for Protective Order under seal.  ECF No. 358.

Having reviewed the same,

IT IS HEREBY ORDERED that Defendants' redacted Opposition to Plaintiffs' Motion for Protective Order (ECF No. 315) shall remain unsealed on the public docket.

IT IS FURTHER ORDERED that Defendants' unredacted Opposition to Plaintiffs' Motion for Protective Order (ECF No. 358) shall remain sealed.

DATED:  May 7, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1