Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Yan Wong, Esq. (NV Bar No. 13622)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89104
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer, Esq. (*Admitted Pro Hac Vice*)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax. (212) 506-3950
nkritzer@Steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc.; Avison Young*
*(USA) Inc.; Avison Young-Nevada, LLC;*
*Mark Rose, Joseph Kupiec, John Pinjuv and*
*The Nevada Commercial Group, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, JOSEPH KUPIEC, DOES 1 through 5, and ROE BUSINESS ENTITIES 6 through 10.<br><br>　　　　　　Defendants. | CASE NO.: 2:15–cv–00531–RFB–EJY<br><br>**STIPULATION TO EXTEND DEADLINES IN APRIL 24, 2020, ORDER (ECF NO. 339)** |

　　　　Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada, through their counsel, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada

Commercial Group, through their counsel (together, the "Parties"), jointly submit the following stipulation to extend the deadlines in the scheduling order entered on April 24, 2020 (the "Scheduling Order") (ECF No. 339):

1. On April 24, 2020, the Court entered an order granting Plaintiffs' Motion for Leave to Amend the Discovery Plan and Scheduling Order. (ECF No. 339.)

2. At telephonic hearings on April 6 and April 20, 2020, the Court entered rulings on Plaintiffs' Motion to Compel Directed to the AY Defendants and Plaintiffs' Motion to Compel Directed to the NCG Defendants. (ECF Nos. 334 & 338.)

3. At a telephonic hearing on May 13, 2020, the Court entered rulings on Plaintiffs' Motion to Compel Directed to Third-Party Subpoena Recipients, Plaintiffs' Motion for Protective Order Regarding Defendants' Rule 30(b)(6) Notice of Deposition, and Plaintiffs' Motion for Protective Order. (ECF No. 369.) Plaintiffs' Motion for Protective Order is subject to further briefing and is scheduled for oral argument on June 10, 2020. (ECF Nos. 369 & 370.)

4. On May 21, 2020, Plaintiffs filed their Motion to Compel Directed to the AY Defendants, the NCG Defendants, and the Third-Party Subpoena Recipients, which is currently being briefed. (ECF No. 374.)

5. On May 28, 2020, the Parties met and conferred on a series of discovery issues and anticipate the potential need to seek Court intervention to assist with the resolution of discovery matters for which the Parties are at an impasse.

6. The Parties have expressed a preference for in-person depositions (where and when it is safe to do so), and ongoing conditions in light of the COVID-19 pandemic currently do not allow for safely conducting in-person depositions.

7. Given that extensive additional discovery has been ordered to be searched in conjunction with Plaintiffs' first three Motions to Compel (including tens of thousands of documents), and additional motions are pending before the Court and/or otherwise anticipated, the Parties have agreed to the following extensions of the deadlines set forth in the Scheduling Order:

    a. All document productions are to be completed by July 13, 2020.

1         b.      The period for fact depositions will run from August 24, 2020
2 through November 25, 2020.
3         c.      Initial expert disclosures shall be made in accordance with Fed. R.
4 Civ. Pro. 26 on or before January 15, 2021, with rebuttal expert disclosures due on
5 or before February 15, 2021.
6         d.      Expert depositions are to be completed by March 15, 2020.
7         e.      The dispositive motion deadline is April 15, 2021.
8         f.      The joint pretrial report shall be filed within 60 days of decisions on
9 dispositive motions.

10     8.    This stipulated extension is requested in good faith and made with good cause. The ongoing COVID-19 pandemic has continued to impose significant disruptions to ordinary business activities of all parties and counsel. Further, under the Court's orders to date, Defendants are diligently reviewing more than 100,000 pages of documents and producing responsive non-privileged documents to Plaintiffs on a rolling basis to expedite the production timeline as much as possible. The Parties are in the process of briefing Plaintiffs' fourth Motion to Compel and the Parties respectively anticipate filing additional Motions to Compel in the near future based on their inability to reach a compromise on certain topics discussed on their May 28, 2020 meet and confer telephone conference.

    9.    The Parties have further agreed that in order to permit the completion of all document productions and to allow the Parties adequate time to review the voluminous productions in advance of further fact depositions, that additional time is required across the entirety of the case schedule.

    10.    The Parties' stipulated request is made in good faith and is the product of a collaborative and cooperative effort by the Parties to identify a reasonable time frame to complete their respective discovery endeavors. This stipulated extension is not intended to delay or inconvenience the Court but, rather, seeks to preserve judicial economy and minimize the need for unnecessary Court intervention.

11. The Parties reserve their rights to request an additional extension of the deadlines set forth above upon a showing of good cause to the Court.

IT IS SO ORDERED

_____
UNITED MAGISTRATE JUDGE

DATED: June 1, 2020

Submitted: May 29, 2020

Agreed to by:

| By: */s/ Tina B. Solis* | By: */s/ Nathaniel J. Kritzer* |
|---|---|
| Todd L. Bice, Esq., Bar No. 4534<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>tlb@pisanellibice.com<br><br>F. Thomas Hecht (pro hac vice)<br>Tina B. Solis (pro hac vice)<br>Seth A. Horvath (pro hac vice)<br>**Nixon Peabody LLP**<br>70 West Madison Street, Suite 3500<br>Chicago, Illinois 60602<br>fthecht@nixonpeabody.com<br>tbsolis@nixonpeabody.com<br>sahorvath@nixonpeabody.com<br><br>*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC* | Nathaniel J. Kritzer (pro hac vice)<br>**Steptoe & Johnson LLP**<br>Firm ID No. 43315<br>1114 6th Avenue<br>New York, NY 10036<br>nkritzer@steptoe.com<br><br>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv* |
| | By: */s/ Robert S. Larsen*<br><br>Robert S. Larsen<br>Wing Y. Wong<br>**Gordon & Rees Scully Mansukhani LLP**<br>300 S. 4th St., Suite 1550<br>Las Vegas, Nevada 89101<br>Tel. (702) 577-9301<br>Fax. (702) 255-2858<br>rlarsen@grsm.com<br>wwong@grsm.com<br><br>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv* |