UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for Leave to File Exhibit Under Seal and Redact Portions of Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Protective Order (ECF No. 381).

As explained in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), courts generally recognize a "right to inspect and copy public records and documents, including judicial records and documents." *Id*. at 1178 *citing Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 597 & n. 7 (1978). This right is justified by the interest of citizens who "keep a watchful eye on the workings of public agencies." *Id*. As Defendants know, a party seeking to file a document under seal must file a motion to seal and must comply with the Ninth Circuit's directives in *Kamakana*. A party seeking to maintain the secrecy of documents attached to dispositive motions must show compelling reasons sufficient to overcome the presumption of public access. *Id.* If a sealing order is permitted, it must be narrowly tailored. *Press–Enterprise Co. v. Superior Ct. of Cal., Riverside Cty.*, 464 U.S. 501, 512 (1984). When a document is attached to a non-dispositive motion, which is the case here, the "public policies that support the right of access to dispositive motions … do not apply with equal force . . . ." *Kamakana*, 447 F.3d at 1179 (citation omitted). "Thus a particularized

showing, under the good cause standard of Rule 26(c), will suffice to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions." *Id.* at 1180 (citations, quotation marks and brackets omitted).

Here, Defendants demonstrate good cause for filing Exhibit 1 to their Supplement Brief under seal.  This exhibit contains highly confidential business information the public disclosure of which could result in misuse that would harm Defendants.  The Court further approves Defendants' request to redact portions of their Supplemental Brief necessary to maintain the confidentiality of information contained in Exhibit 1.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Exhibit Under Seal and Redact Portions of Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Protective Order (ECF No. 381) is GRANTED.

IT IS FURTHER ORDERED that Exhibit 1 to Defendants' Supplement Brief shall remain sealed.

IT IS FURTHER ORDERED that Defendants' Supplemental Brief, in its unredacted form (ECF No. 382), shall remain sealed.

DATED:  June 8, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE