1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht, Illinois Bar No. 1168606
Tina B. Solis, Illinois Bar No. 6242461
Seth A. Horvath, Illinois Bar No. 6283110
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,*
*G&E Acquisition Company LLC, and BGC*
*RealEstate of Nevada LLC*

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com
(admitted pro hac vice)

*Attorneys for Defendants Avison Young*
*(Canada) Inc., Avison Young (USA) Inc.,*
*Avison Young–Nevada LLC, Mark Rose,*
*Joseph Kupiec, The Nevada Commercial*
*Group LLC, and John Pinjuv*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

NEWMARK GROUP INC., G&E
ACQUISITION COMPANY LLC, and
BGC REAL ESTATE OF NEVADA LLC,

              Plaintiffs,

    vs.

AVISON YOUNG (CANADA) INC.,
AVISON YOUNG (USA) INC., AVISON
YOUNG–NEVADA LLC, MARK ROSE,
THE NEVADA COMMERCIAL GROUP,
JOHN PINJUV, and JOSEPH KUPIEC; DOES
1 through 5; and ROE BUSINESS ENTITIES
6 through 10,

              Defendants.

Case No. 2:15–cv–00531–RFB–EJY

**STIPULATION AND** ~~PROPOSED~~
**ORDER REGARDING PLAINTIFFS'**
**MOTION TO COMPEL THE AY**
**DEFENDANTS AND THE NCG**
**DEFENDANTS TO (I) SEARCH**
**ADDITIONAL SOURCES OF ESI, (II)**
**PRODUCE "AY UNIVERSITY"**
**DOCUMENTS, (III) PRODUCE**
**DOCUMENTS IMPROPERLY**
**INCLUDED IN THE AY**
**DEFENDANTS' CLAWBACK**
**REQUEST, (IV) PRODUCE**
**DOCUMENTS IMPROPERLY**
**WITHHELD AS PRIVILEGED, AND**
**(V) PROVIDE AN ADEQUATE**
**FORENSIC REPORT (ECF No. 397)**
**(First Request)**

In accordance with LR IA 6–1, LR 7–1, and LR 7–3, Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada (together, "Plaintiffs"), through their counsel of record, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec John Pinjuv, and The Nevada Commercial Group (together, "Defendants"), through their counsel of record, hereby stipulate to, and request the entry of, an order setting a briefing schedule, and page limitations, on *Plaintiffs' Motion to Compel the AY Defendants and the NCG Defendants to (I) Search Additional Sources of ESI, (II) Produce "AY University" Documents, (III) Produce Documents Improperly Included in the AY Defendants' Clawback Request, (IV) Produce Documents Improperly Withheld as Privileged, and (V) Provide an Adequate Forensic Report* (the "Motion to Compel"), as set forth below.

## **STIPULATION**

1.     On September 1, 2020, Plaintiffs filed the Motion to Compel and a motion for leave to file a brief exceeding 24 pages (the "Motion for Leave"). (ECF No. 182, Mot. to Compel.)

2.     Under LR 7–2, the current deadline for Defendants' response to the Motion to Compel is September 15, 2020.

3.     Under LR 7–2, the current deadline for Plaintiffs' reply in support of the Motion to Compel is September 22, 2020.

4.     Having conferred and agreed, the parties respectfully request that the Court set the following deadlines and page limitations with respect to the Motion to Compel:

a.     Defendants shall have until **September 29, 2020**, to file a response in opposition to the Motion to Compel.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   b.  Plaintiffs shall have until **October 9, 2020**, to file a reply in support of the Motion to Compel.

   c.  Defendants do not object to Plaintiffs' Motion for Leave, which seeks a 13-page enlargement of the Motion to Compel.

   d.  Plaintiffs do not object to an equivalent 13-page increase in the page limit for Defendants' response to the Motion to Compel if needed (i.e., Defendants may file a response that is up to 37 pages if needed).

   e.  Defendants do not object to a proportional increase in the page limit for Plaintiffs' reply in support of the Motion to Compel if needed (i.e., if Defendants' response is 37 pages, Plaintiffs may file a reply that is up to 18 pages if needed; if Defendants' response is 30 pages, Plaintiffs may file a reply that is up to 15 pages if needed, etc.).

Dated: September 3, 2020

**Respectfully submitted by:**

NIXON PEABODY LLP

By: ___ */s/ Tina B. Solis*

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht, Illinois Bar No. 1168606
Tina B. Solis, Illinois Bar No. 6242461
Seth A. Horvath, Illinois Bar No. 6283110
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,*
*G&E Acquisition Company LLC, and BGC*
*RealEstate of Nevada LLC*

STEPTOE & JOHNSON LLP

By: ___ */s/ Nathaniel J. Kritzer*

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com
(admitted pro hac vice)

*Attorneys for Defendants Avison Young*
*(Canada) Inc., Avison Young (USA) Inc.,*
*Avison Young–Nevada LLC, Mark Rose,*
*Joseph Kupiec, The Nevada Commercial*
*Group LLC, and John Pinjuv*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ~~PROPOSED~~ ORDER

Having reviewed the foregoing stipulation and found it to be supported by good cause, IT IS HEREBY ORDERED that (1) Defendants shall file their response to Plaintiffs' Motion to Compel by September 29, 2020; (2) Plaintiffs shall file the reply in support of their Motion to Compel by October 9, 2020; (3) Plaintiffs' motion for leave to enlarge the size of their Motion to Compel from 24 to 37 pages is granted; (4) Defendants may enlarge the size of their response to the Motion to Compel from 24 to 37 pages if needed; and (5) Plaintiffs may proportionally enlarge the size of the reply in support of their Motion to Compel in accordance with the length of Defendants' response to the Motion to Compel if needed (i.e., if Defendants' response is 37 pages, Plaintiffs may file an 18-page reply if needed; if Defendants' response is 30 pages, Plaintiffs may file a 15-page reply if needed, etc.).

IT IS SO ORDERED.

_____
Hon. Elayna J. Youchah
United Magistrate Judge


DATED: _____Sept. 4, 2020_____