UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

This Order is in furtherance of the Court's hearing held and Order issued on July 28, 2021, regarding *in camera* review of documents from the Mark Rose G&E Folder. The Court has reviewed the documents submitted *in camera* and issues this Order setting the go-forward process.

1. The Court will return to Defense counsel, by password protected email, the documents the Court has identified and recommends for production. The documents include InCamera00000140, 147, 150, 152, 153, 154, 155, 157, 158, 162, 163, 164, 165, 166, 167, 176, 177, and 800-882.

2. Defendants shall have seven (7) court days following the date of this Order to review the Court's recommendations.

3. If Defendants have no objections to the Court's recommendations, Defendants shall produce the additional documents to Plaintiffs no later than fifteen (15) court days following the date of this Order.

4. If Defendants object to some or all of the Court's recommendations, Defense counsel shall file a motion seeking reconsideration of the Courts recommendations. An unredacted copy of the motion may be filed under seal. The motion shall be filed no later than thirty (30) court days

following the date of this Order. Defendants shall simultaneously file a redacted copy of their motion, together with a log identifying the basis for Defendants' objections to the Court's recommendations. The redacted motion and log shall be served on Plaintiffs. The log shall provide sufficient information so that Plaintiffs may determine whether to challenge any of the objections raised. The normal briefing schedule shall apply to the opposition and reply.

5. The Court will promptly set a hearing or issue a written order once the motion is fully briefed. The due date to any Objection shall follow from the Court's ruling on the motion.

DATED this 10th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2