UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion (1) for Leave to File Reply in Support of Plaintiffs' Objection to July 28, 2021, Finding and Recommendation Regarding Motion for Leave to File Third Amended Complaint or (2) to Strike Pages 5 through 21 of Defendants' Response to the Objection. ECF No. 491. Defendants filed a Limited Opposition to Plaintiffs' Motion stating that had Plaintiffs met and conferred with Defendants before filing their instant Motion for Leave, they would have learned Defendants had no objection to Plaintiff filing a Reply. ECF No. 495 at 2. Defendants did object to Plaintiffs' alternative request to strike pages of Defendants' Response to the Objection. *Id.* In Reply, Plaintiffs state: "To the extent the Court grants Plaintiffs leave to file the Reply, the alternative relief Plaintiffs seek—the striking of pages 5 through 21 of Defendants' response to the Objection—will be moot." ECF No. 496 at 2.

Absent an opposition to Plaintiffs' Motion for Leave to File a Reply, and given the complicated nature of the Court's recommendation to which Plaintiffs object, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Reply in Support of Plaintiffs' Objection to July 28, 2021, Finding and Recommendation Regarding Motion for Leave to File Third Amended Complaint (ECF No. 491) is GRANTED.

1

1  IT IS FURTHER ORDERED that Plaintiffs' alternative request to strike pages of
2  Defendants' Response to the Objection is DENIED as moot.
3  Dated this 24th day of September, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE