Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,*
*G&E Acquisition Company LLC, and*
*BGC Real Estate of Nevada LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10, <br><br> Defendants. | Case No. 2:15–cv–00531–RFB–EJY <br><br><br> **MOTION FOR LEAVE TO WITHDRAW KATIE M. BURNETT AS COUNSEL OF RECORD** |

Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC (together, "Plaintiffs"), through their counsel, move this Court for leave to withdraw Katie M. Burnett as counsel of record. In support of this motion, Plaintiffs state as follows:

1. Katie Burnett was admitted *pro hac vice*, and is an attorney of record for Plaintiffs. She has not appeared as the lead or trial attorney.

2. Katie Burnett is leaving the law firm of Nixon Peabody LLP. As a result, Plaintiffs wish to withdraw Katie Burnett's appearance as counsel of record for Plaintiffs.

3. The following remain as attorneys of record for Plaintiffs: Todd Bice and Jordan Smith of Pisanelli Bice, PLLC; and Tina Solis, F. Thomas Hecht, Seth Horvath, Christopher Hotaling, R. Scott Alsterda, William Kirby, Christina Kurow, David Pattee, and Scott Dinner of Nixon Peabody LLP.

WHEREFORE, Plaintiffs respectfully request entry of an order granting Katie Burnett leave to withdraw her appearance as counsel of record for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC.

Dated: October 28, 2021

Respectfully submitted,

/s/ *Katie M. Burnett*

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Katie Burnett's name from the CM/ECF service list.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2021