Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Yan Wong, Esq. (NV Bar No. 13622)
**GORDON & REES LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89169
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@gordonrees.com
wwong@gordonrees.com

Nathaniel Kritzer (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1440 Avenue of the Americas
New York, New York 10036
United States
Telephone: (212) 378-7535
Facsimile: (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc., Avison Young*
*(USA) Inc., Avison Young-Nevada, LLC,*
*Mark Rose, Joseph Kupiec, The Nevada*
*Commercial Group, and John Pinjuv*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10<br><br>Defendants. | CASE NO.: 2:15-cv-00531-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR JANUARY 7, 2022 HEARING**<br><br>**(First Request)** |

1   Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiffs Newmark Group, Inc.
2   G&E Acquisition Company, LLC, and BGC Real Estate of Nevada, LLC ("Plaintiffs") and
3   Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young – Nevada,
4   LLC, Mark Rose, The Nevada Commercial Group, John Pinjuv, and Joseph Kupiec
5   ("Defendants") (collectively, "the Parties"), by and through their respective attorneys of record,
6   stipulate as follows:

7       1.    This is the first stipulation for extension of time for the Parties to appear for a
8   hearing on the Parties' Status Report (ECF No. 544).

9       2.    On December 22, 2021, the Court ordered the Parties to appear for a hearing on
10  January 7, 2022 at 10:00am.  ECF No. 545.

11      3.    Due to various attorney conflicts, including previously-scheduled substantive oral
12  arguments in two other matters that day, which may overlap with the oral argument set in this
13  matter, the parties have agreed to ask this Court to reschedule the hearing in this matter for a
14  later date that is convenient for this Court. The Parties are available during the week of January
15  10, 2022, except for the morning of January 11, 2022.

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

4. This stipulated extension is requested in good faith and for good cause, and is not intended to unduly delay proceedings in any manner. Accordingly, the parties respectfully request that the Court grant the proposed extensions discussed herein, and reschedule the January 7, 2022, hearing for a date that is convenient for this Court.

DATED: December 27, 2021

PISANELLI BICE PLLC

By:  *Seth A. Horvath*  

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

F. Thomas Hecht (*pro hac vice*)
Tina B. Solis (*pro hac vice*)
Seth A. Horvath (*pro hac vice*)
**Nixon Peabody LLP**
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
fthecht@nixonpeabody.com
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company, LLC, and BGC Real Estate of Nevada, LLC.*

DATED: December 27, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: *Robert S. Larsen*  

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel J. Kritzer (*pro hac vice*)
**Steptoe & Johnson LLP**
Firm ID No. 43315
1114 6th Avenue
New York, NY 10036
nkritzer@steptoe.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

**IT IS SO ORDERED:**

**IT IS FURTHER ORDERED that the zoom hearing currently set for January 7, 2022 at 10:00 a.m. is vacated and reset to January 10, 2022 at 10:30 a.m.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 27, 2021