AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NEWMARK GROUP, INC., et al

                     Plaintiffs,

v.

AVISON YOUNG (CANADA) INC. et al

                     Defendants.

JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:15-cv-00531-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants to be paid by Plaintiffs in the amount of $31,447.50.

 

4/1/2022                                                      DEBRA K. KEMPI
Date                                                          Clerk

                                                                             /s/ J. Callo
                                                                             Deputy Clerk