Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC RealEstate of Nevada LLC*

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com
(admitted pro hac vice)

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15–cv–00531–RFB–EJY<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 30(d)(2) AND 37(d) AND FOR CONTINUATION OF 30(b)(6) DEPOSITIONS (ECF No. 595)** |

In accordance with LR IA 6–1 and LR 7–1, Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada (together, "Plaintiffs"), through their counsel, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec John Pinjuv, and The Nevada Commercial Group (together, "Defendants"), through their counsel, hereby stipulate to, and request the entry of, an order setting a briefing schedule on *Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 30(d)(2) and 37(d) and for Continuation of 30(b)(6) Depositions* (the "Motion for Sanctions"), as set forth below.

## STIPULATION

1. On August 30, 2022, Defendants filed the Motion for Sanctions. (ECF No. 595, Mot. for Sanctions.)

2. Under LR 7–2, the current deadline for Plaintiffs' response to the Motion for Sanctions is September 13, 2020.

3. Under LR 7–2, the current deadline for Defendants' reply in support of the Motion for Sanctions is September 20, 2020.

4. Having conferred and agreed, the parties respectfully request that the Court set the following deadlines with respect to the Motion for Sanctions:

   a. Plaintiffs shall have until **September 20, 2022**, to file a response in opposition to the Motion for Sanctions.

   b. Defendants shall have until **September 30, 2022**, to file a reply in support of the Motion for Sanctions.

5. The parties further agree that (a) any extension of the briefing schedule on the Motion for Sanctions does not render the Motion for Sanctions untimely, and (b) any extension of the briefing schedule will not extend the overall discovery period, and will not be used to extend

the overall case schedule, subject to any decision by the Court to extend either of the foregoing on its own accord.

IT IS SO ORDERED:

_____
Hon. Elayna J. Youchah
United Magistrate Judge

DATED: September 6, 2022

Dated: September 2, 2022

**Respectfully submitted by:**

| | |
|---|---|
| NIXON PEABODY LLP | STEPTOE & JOHNSON LLP |
| By:  */s/ Tina B. Solis* | By:  */s/ Nathaniel J. Kritzer* |
| Todd L. Bice, Esq., Bar No. 4534<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>tlb@pisanellibice.com<br><br>Tina B. Solis<br>Seth A. Horvath<br>**Nixon Peabody LLP**<br>70 W. Madison Street, Suite 5200<br>Chicago, Illinois 60602<br>Telephone: (312) 977-4400<br>Facsimile: (844) 560-8137<br>tbsolis@nixonpeabody.com<br>sahorvath@nixonpeabody.com<br>(admitted pro hac vice)<br><br>*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC RealEstate of Nevada LLC* | Robert S. Larsen<br>Wing Y. Wong<br>**Gordon & Rees Scully Mansukhani LLP**<br>300 S. 4th St., Suite 1550<br>Las Vegas, Nevada 89101<br>Tel. (702) 577-9301<br>Fax. (702) 255-2858<br>rlarsen@grsm.com<br>wwong@grsm.com<br><br>Nathaniel Kritzer<br>**Steptoe & Johnson LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel. (212) 378-7535<br>Fax (212) 506-3950<br>nkritzer@steptoe.com<br>(admitted pro hac vice)<br><br>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv* |