Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Yan Wong, Esq. (NV Bar No. 13622)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1440 Avenue of the Americas
New York, New York 10036
United States
Telephone: (212) 378-7535
Facsimile: (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc., Avison Young*
*(USA) Inc., Avison Young-Nevada, LLC,*
*Mark Rose, Joseph Kupiec, The Nevada*
*Commercial Group, and John Pinjuv*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 ,<br><br>Defendants. | CASE NO.: 2:15-cv-00531-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR RESPONSES AND REPLIES TO DISPOSITIVE MOTIONS (SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiffs Newmark Group, Inc. G&E Acquisition Company, LLC, and BGC Real Estate of Nevada, LLC ("Plaintiffs") and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young – Nevada, LLC, Mark Rose, The Nevada Commercial Group, John Pinjuv, and Joseph Kupiec ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. On January 3, 2023, in connection with ruling that Defendants were permitted additional deposition time with Plaintiffs' Rule 30(b)(6) witness, the Court reset the deadline for dispositive motions to March 15, 2023, with responses due no later than April 17, 2023 and replies due no later than May 1, 2023. ECF No. 615. On March 9, 2023, this Court granted the parties' first stipulation of time to extend the deadlines for filing dispositive motions, with motions due March 29, 2023, responses due by May 1, 2023, and replies due by May 15, 2023.

2. The parties filed their dispositive motions on March 29, 2023, in accordance with the March 9, 2023 So Ordered stipulation. The parties hereby stipulate to extend the deadlines for responses and replies to these motions. This is the second stipulation of time to extend these deadlines.

3. Due to various demands on counsel's time and the length of the dispositive motions at issue, the parties have reached an agreement and hereby stipulate that both parties be allowed an additional 25 days to file responses to dispositive motions, resulting in a due date of May 26, 2023.

4. The parties hereby stipulate and agree to extend the deadline for replies by a corresponding 32 days, resulting in a deadline of no later than June 16, 2023 for replies.

5. This proposed stipulation and Order is made in good faith and is not intended to delay or otherwise impede the expeditious resolution of this matters, or otherwise burden the Court in any manner.

| | |
|---|---|
| DATED: March 31, 2023 | DATED: March 31, 2023 |
| PISANELLI BICE PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| By: ___/s/ Tina B. Solis_____ | By: ___/s/ Nathaniel J. Kritzer_____ |
| Todd L. Bice, Esq., Bar No. 4534<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>tlb@pisanellibice.com | Robert S. Larsen<br>Wing Y. Wong<br>**Gordon & Rees Scully Mansukhani LLP**<br>300 S. 4th St., Suite 1550<br>Las Vegas, Nevada 89101<br>Tel. (702) 577-9301<br>Fax. (702) 255-2858<br>rlarsen@grsm.com<br>wwong@grsm.com |
| F. Thomas Hecht (pro hac vice)<br>Tina B. Solis (pro hac vice)<br>Seth A. Horvath (pro hac vice)<br>**Nixon Peabody LLP**<br>70 West Madison Street, Suite 3500<br>Chicago, Illinois 60602<br>fthecht@nixonpeabody.com<br>tbsolis@nixonpeabody.com<br>sahorvath@nixonpeabody.com | Nathaniel J. Kritzer (pro hac vice)<br>**Steptoe & Johnson LLP**<br>Firm ID No. 43315<br>1114 6th Avenue<br>New York, NY 10036<br>nkritzer@steptoe.com |
| *Attorneys for Plaintiffs Newmark Group Inc.,* | *Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  31st day of March, 2023.