UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

The Court is in receipt of Defendants' Response to ECF No. 643 Regarding Sealing of Certain Exhibit in Plaintiffs' Motion for Summary Judgment. The submission provides appropriate information justifying the sealing of Exhibits 15, 16, 20, 51, 61, 62, 64, 80, 81, 83, 84, 85, 111, 120, 125, 127, 128, 129, 131, 134, 137, 138, 140, 144, 145, 150, 152, 154, 156, 158, 159, 177, 178, 179, B-1, B-2, B-5, B-12, B-13, B-14, B-15, B-16, B-18, and B-37. Each of these Exhibits was provisionally sealed on April 3, 2023. The remaining Exhibits that were previously provisionally sealed are no longer sealed and must be filed on the public docket. These include Exhibit 8, 13, 19, 27, 49, 50, 65, 69, 70, 73-79, 121, 124, 133, 139, 141, 147, 149, 176, B-27, B-33, and B-34.

**II.     ORDER**

Accordingly, IT IS HEREBY ORDERED that Exhibits 15, 16, 20, 51, 61, 62, 64, 80, 81, 83, 84, 85, 111, 120, 125, 127, 128, 129, 131, 134, 137, 138, 140, 144, 145, 150, 152, 154, 156, 158, 159, 177, 178, 179, B-1, B-2, B-5, B-12, B-13, B-14, B-15, B-16, B-18, and B-37 attached to Plaintiff's Motion for Summary Judgment are and shall remain sealed.

IT IS FURTHER ORDERED that Exhibits 8, 13, 19, 27, 49, 50, 65, 69, 70, 73-79, 121, 124, 133, 139, 141, 147, 149, 176, B-27, B-33, and B-34 are unsealed and must be filed on the public docket within seven (7) days of the date of this Order.

Dated this 18th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE