1
2  Todd L. Bice, Esq., Bar No. 4534
   **Pisanelli Bice PLLC**
3  400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
4  Telephone: (702) 214-2100
   Facsimile: (702) 214-2101
5  tlb@pisanellibice.com

6  Tina B. Solis
7  Seth A. Horvath
   **Nixon Peabody LLP**
8  70 W. Madison Street, Suite 5200
   Chicago, Illinois 60602
9  Telephone: (312) 977-4400
   Facsimile: (844) 560-8137
10 tbsolis@nixonpeabody.com
   sahorvath@nixonpeabody.com
11 (admitted pro hac vice)

12 *Attorneys for Plaintiffs Newmark Group Inc.,*
13 *G&E Acquisition Company LLC, and BGC*
   *RealEstate of Nevada LLC*
14

15

16 **UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF NEVADA**
17

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15–cv–00531–RFB–EJY<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT CHRISTOPHER SPADEA AND PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF CARLYN IRWIN'S EXPERT TESTIMONY** |

1    In accordance with LR IA 6–1 and LR 7–1, Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada (together, "Plaintiffs"), through their counsel, and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec John Pinjuv, and The Nevada Commercial Group (together, "Defendants"), through their counsel, hereby stipulate to, and respectfully request the entry of, an order setting an extended briefing schedule on Defendants' April 12, 2023, Motion to Exclude the Testimony of Plaintiffs' Expert Christopher Spadea ("Defendants' Motion to Exclude") and Plaintiffs' forthcoming Motion to Exclude Portions of Carlyn Irwin's Expert Testimony ("Plaintiffs' Motion to Exclude"), as set forth below.

## **STIPULATION**

1. On April 12, 2023, Defendants filed Defendants' Motion to Exclude. (ECF No. 644, Defs.' Mot. To Exclude.)

2. Under LR 7–2, the current deadline for Plaintiffs' response to Defendants' Motion to Exclude is April 26, 2023.

3. Under LR 7–2, the current deadline for Defendants' reply in support of Defendants' Motion to Exclude is May 3, 2023.

4. Plaintiffs intend to file Plaintiffs' Motion to Exclude on or before April 29, 2023.

5. The parties are also in the process of briefing cross-motions for summary judgment.

6. Plaintiffs and Defendants each filed their respective motions on March 29, 2023. (ECF No. 624, Pls.' Mot. for Summ. Judg.; ECF No. 629, NCG and Pinjuv's Mot. for Summ. Judg.; ECF No. 637, Avison Young's, Joe Kupiec's and Mark Rose's Mot. for Summ. Judg.)

7. Based on the Court's March 31, 2023, order, responses in opposition to the motions for summary judgment are due May 26, 2023, and replies in support of the motions for summary judgment are due June 16, 2023. (ECF 642, 3/31/23 Order.)

8. Due to various demands on counsel's time, the amount of work required, and the existing briefing schedule on the motions for summary judgment, the parties have reached an agreement to finish briefing Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude after the motions for summary judgment have been fully briefed.

9. By consenting to completing the briefing on Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude after completing the briefing on the parties' motions for summary judgment, Defendants do not waive any rights, or make any concessions, with respect to the arguments asserted in their motions for summary judgment that Plaintiffs have not presented any admissible evidence of damages. To that end, Defendants only agree to an extension that exceeds the briefing schedule on the parties' respective motions for summary judgment to the extent that it does not prejudice any of the substantive arguments that Defendants have set forth in their motion for summary judgment.

10. Subject to the foregoing, having conferred and agreed, the parties respectfully request that the Court set the following deadlines with respect to Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude:

    a. Plaintiffs shall have until **April 29, 2023**, to file Plaintiffs' Motion to Exclude.

    b. The parties shall have until **June 23, 2023**, to file their responses in opposition to Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude.

    c. The parties shall have until **July 14, 2023**, to file their replies in support of Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude.

11. This is the first stipulation for an extension of time to file responses in opposition to, and replies in support of, Defendants' Motion to Exclude and Plaintiffs' Motion to Exclude.

12. This proposed stipulation and order is made in good faith and is not intended to delay or otherwise impede the expeditious resolution of this matter or otherwise burden the Court in any manner.

IT IS SO ORDERED:

_____
Hon. Elayna J. Youchah
United Magistrate Judge

Dated    April 25, 2023

Dated: April 25, 2023

**Respectfully submitted by:**

| | |
|---|---|
| NIXON PEABODY LLP | STEPTOE & JOHNSON LLP |
| By: ___/s/ Tina B. Solis___ | By: ___/s/ Nathaniel J. Kritzer___ |
| Todd L. Bice, Esq., Bar No. 4534<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>tlb@pisanellibice.com<br><br>Tina B. Solis<br>Seth A. Horvath<br>**Nixon Peabody LLP**<br>70 W. Madison Street, Suite 5200<br>Chicago, Illinois 60602<br>Telephone: (312) 977-4400<br>Facsimile: (844) 560-8137<br>tbsolis@nixonpeabody.com<br>sahorvath@nixonpeabody.com<br>(admitted pro hac vice)<br><br>*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC RealEstate of Nevada LLC* | Robert S. Larsen<br>Wing Y. Wong<br>**Gordon & Rees Scully Mansukhani LLP**<br>300 S. 4th St., Suite 1550<br>Las Vegas, Nevada 89101<br>Tel. (702) 577-9301<br>Fax. (702) 255-2858<br>rlarsen@grsm.com<br>wwong@grsm.com<br><br>Nathaniel Kritzer<br>**Steptoe & Johnson LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel. (212) 378-7535<br>Fax (212) 506-3950<br>nkritzer@steptoe.com<br>(admitted pro hac vice)<br><br>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv* |

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on April 25, 2023, I caused a true and correct copy of the foregoing **Stipulation Regarding Briefing Schedule on Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Christopher Spadea and Plaintiffs' Motion to Exclude Portions of Carlyn Irwin's Expert Testimony** to be filed electronically with the clerk of court using the court's CM/ECF system, which will send a notification of electronic filing to the counsel of record who have entered an appearance in this case, including:

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

　　　　　　　　　　　　　　　/s/ *Tina B. Solis*
　　　　　　　　　　　*One of the Attorneys for Plaintiffs Newmark Group*
　　　　　　　　　　　*Inc., G&E Acquisition Company LLC,*
　　　　　　　　　　　*and BGC Real Estate of Nevada LLC*