UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

Pending before the Court are two Motions to Seal filed by Plaintiffs. ECF Nos. 663, 671. Each Motion seeks an Order sealing Plaintiffs' unredacted Responses to Motions for Summary Judgment and Exhibits attached to the same. Plaintiffs request a Court Order sealing over 100 Exhibits, including numerous Exhibits to be provisionally sealed pending the outcome of a future meet and confer process with Defendants to determine which of the Exhibits should or should not remain under seal. ECF Nos. 663 at 9, 671 at 11-12.

The Court has a heavy docket and is keen to reduce the number of motions and responses necessary to be filed in all cases. In that vein, the Court finds it appropriate to provisionally seal **all** Exhibits referenced in Plaintiffs' Motions. No later than ten (10) days following the date of this Court Order, the parties must meet and confer regarding all Exhibits referenced in Plaintiffs' Motions. No later than fourteen (14) days following the Court's Order, the parties must file a **single** joint status report listing (1) each Exhibit the parties agree should be filed under seal, (2) each Exhibit the parties do not agree to seal, (3) the reason for disagreement, stating their respective positions succinctly, and (4) whether the Exhibits have previously sealed by the Court.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motions to Seal (ECF Nos. 663, 671) are DENIED without prejudice.

IT IS FURTHER ORDERED that all Exhibits referenced in Plaintiffs' Motions to Seal are provisionally sealed.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order, the parties must meet and confer regarding all Exhibits referenced in Plaintiffs' Motions to Seal.

IT IS FURTHER ORDERED that within fourteen (14) days of the date of this Order, the parties must file with the Court a single joint status report listing (1) each Exhibit the parties agree should be filed under seal, (2) each Exhibit the parties do not agree to seal, (3) the reason for disagreement, stating their respective positions succinctly, and (4) whether the Exhibits have previously sealed by the Court.

Dated this 31st day of May, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE