Robert S. Larsen, Esq. (NV Bar No. 7785)
Wing Yan Wong, Esq. (NV Bar No. 13622)
**GORDON & REES LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89169
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@gordonrees.com
wwong@gordonrees.com

Nathaniel Kritzer (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1440 Avenue of the Americas
New York, New York 10036
United States
Telephone: (212) 378-7535
Facsimile: (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants*
*Avison Young (Canada) Inc., Avison Young*
*(USA) Inc., Avison Young-Nevada, LLC,*
*Mark Rose, Joseph Kupiec,*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC, and BGC REAL ESTATE OF NEVADA, LLC, <br><br> vs. <br><br> AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG - NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10 | CASE NO.: 2:15-cv-00531-RFB-GWF <br><br> **UNOPPOSED MOTION TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THIRTY PAGES** |

Pursuant to Local Rules LR 7-1, Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young – Nevada, LLC, Mark Rose, and Joseph Kupiec ("Defendants"), respectfully request permission to file a motion for summary judgment that exceeds the 30-page limit set forth in LR 7-1(a). Defendants submit that there is good cause for enlargement, as outlined in the Declaration of Nathaniel Kritzer that follows.

**DECLARATION OF NATHANIEL KRITZER**

I, NATHANIEL KRITZER, declare as follows:

1. I am an attorney duly licensed and admitted to practice before the courts of the state of New York. I am admitted pro hac vice in this matter. I am a partner at Steptoe & Johnson, LLP and am representing the Defendants in this matter.

2. I make this declaration in support of Defendants' Motion for Leave to File Motion for Summary Judgment in Excess of Thirty Pages. Based on my review of the files and records in this case, I have personal knowledge of the contents of this declaration and could testify thereto.

3. Plaintiffs' Second Amended Complaint contains five different causes of action alleged against the Defendants: a breach of contract claim alleged against Mr. Kupiec; a tortious interference with contract and aiding and abetting breach of fiduciary duty claims alleged against Mr. Rose and the Avison Young entities; and trade secret misappropriation and conspiracy claims alleged against all Defendants.

4. Instead of each Defendant filing its own motion, which would total 150 pages of briefing, Defendants request permission to file a 65-page motion for summary judgment to address five defendants and five claims in a single motion. Courts in this district have found good cause to allow excess pages in similar situations. *F.T.C. v. Ivy Cap., Inc.*, No. 2:11-CV-283 JCM GWF, 2012 WL 4482796, at *2 (D. Nev. Sept. 27, 2012) (finding good cause for an oversize brief where a party filed one lengthy summary judgment brief instead of multiple briefs, which the court noted "would lead to inefficiencies and disjointed litigation."); *Trina Solar US, Inc. v. Carson-Selman*, No. 220CV1308JCMBNW, 2020 WL 7338552, at *2 (D. Nev. Dec. 14, 2020) (finding good cause to grant motion to exceed page limit where case involved "numerous legal and procedural items" and multiple proceedings spanning multiple jurisdictions).

5. Different facts are relevant to each claim, and as a result, briefing this motion requires a significant amount of additional argument. Furthermore, the trade secret misappropriation claim requires Defendants to address a large volume of documents Plaintiffs are alleging are trade

-2-

1  secrets. This contributes to the need for a brief that exceeds the page limit in LR 7-1.

2      6.  As such, Defendants respectfully request that this Court allow them to file a 65-page

3  summary judgment brief, excluding exhibits, on behalf of five defendants.[1] Plaintiffs do not

4  oppose Defendants' request, and Defendants have agreed not to oppose a motion from Plaintiffs

5  requesting the same page extension for their response brief.

6      7.  I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing facts are true and correct.

8      Executed this 23 Day of March, 2023, in New York, New York.

9                                                  /s/ Nathaniel Kritzer

10                                                 Nathaniel Kritzer

12     Based on the foregoing Declaration, Defendants request the Court grant this unopposed

13 Motion for excess pages for their forthcoming summary judgment motion.

14 DATED: March 23, 2023          GORDON REES SCULLY MANSUKHANI, LLP

15                                  By:  */s/ Robert S. Larsen*_____

16                                  Robert S. Larsen
                                 Wing Y. Wong
17                                  **Gordon & Rees Scully Mansukhani LLP**
                                 300 S. 4th St., Suite 1550
18                                  Las Vegas, Nevada 89101
  APPROVED:                          Tel. (702) 577-9301
19                                  Fax. (702) 255-2858
  DATED this 31st day of May, 2023.     rlarsen@grsm.com
20                                  wwong@grsm.com

21                                  Nathaniel J. Kritzer (*pro hac vice*)
22                                  **Steptoe & Johnson LLP**
  _____          Firm ID No. 43315
23 RICHARD F. BOULWARE, II         1114 6th Avenue
  United States District Judge           New York, NY 10036
24                                  nkritzer@steptoe.com

25                                  *Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young– Nevada LLC, Mark Rose, and Joseph Kupiec*

*Left margin:* **Gordon Rees Scully Mansukhani, LLP** / 300 S. 4th Street, Suite 1550 / Las Vegas, NV 89101

---

[1] Defendants John Pinjuv and Nevada Commercial Group intend to file a separate motion for summary judgment that will comply with the thirty-page limit.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of March, 2023, and pursuant to Fed. R. Civ. Pro. 5, I served via CM/ECF, a true and correct copy of the foregoing **UNOPPOSED MOTION TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THIRTY PAGES** was served upon those persons designated by the parties in the E-Service Master List upon the following:

Todd L. Bice, Esq.
Jordan T. Smith, Esq.
**PISANELLI BICE PLLC**
400 South Seventh Street
Suite 300
Las Vegas, Nevada  89101

Tina B. Solis, Esq.
Seth A. Horvath, Esq.
NIXON PEABODY LLP
70 W. Madison St., Suite 3500
Chicago, IL 60602

Scott M. Dinner, Esq.
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, D.C. 20001

*Attorneys for Plaintiffs BGC Partners, Inc.*
*G&E Acquisition Company, LLC and*
*Newmark Group, Inc.*

*Gayle Angulo*
An employee of GORDON REES SCULLY MANSUKHANI, LLP

-4-