UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

On May 31, 2023, the Court issued an Order denying without prejudice Plaintiffs' two Motions to Seal. ECF No. 675. Given the number of Exhibits requested to be sealed, the Court instructed the parties to file a single joint status report identifying those exhibits the parties agreed could be sealed and those on which there was disagreement, if any. *Id.* at 2. On June 14, 2023, the parties submitted a status report in response to the Court's Order. ECF No. 679.

The Court reviewed the parties' report and accepts the parties' identification of what is and is not properly sealed as accurate.

Accordingly, IT IS HEREBY ORDERED that Exhibits 6-7, 10, 15-16, 18, 20-21, 23-26, 28, 30-31, 34, 36-45, 47-49, 54, 56, and 60-67 to Plaintiff's Response to John Pinjuv and the Nevada Commercial Group's Motion for Summary Judgment (ECF No. 660) are and shall remain sealed.

IT IS FURTHER ORDERED that the unredacted version of Plaintiffs' Response at ECF No. 662 is and shall remain sealed.

IT IS FURTHER ORDERED that Exhibits 10-18, 21-22, 24-44, 47-60, 64, 66, 68-69, 84-92, 94-96, 98-108, 110-111, 113, 115-116, 120-123, 125-127, 129, 131, 133-140, 143, 145, 147-153, 155-158, 161-181, 183, 186, 188, 189-191, 193- 194, and Appendices 1-5 to Plaintiff's Response to

1

Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec's Motion for Summary Judgment (ECF No. 667) are and shall remain sealed.

IT IS FURTHER ORDERED that the unredacted version of Plaintiffs' Response at ECF Nos. 669-670 is and shall remain sealed.

IT IS FURTHER ORDERED that the Clerk of Court **will** unseal Exhibits 32-33, 52, and 68-70 to Plaintiff's Response to John Pinjuv and the Nevada Commercial Group's Motion for Summary Judgment (ECF No. 660).

IT IS FURTHER ORDERED that the Clerk of Court **will** unseal Exhibits 97, 119, and 128 to Plaintiff's Response to Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec's Motion for Summary Judgment (ECF No. 667).

Dated this 15th day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE