Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,*
*G&E Acquisition Company LLC, and*
*BGC Real Estate of Nevada LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15–cv–00531–RFB–EJY<br><br><br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF EXCEEDING LR 7-3's PAGE LIMIT IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT CHRISTOPHER SPADEA** |

Plaintiffs[1] through their counsel, move this Court under Local Rule 7-3 for an order allowing them to file a response in opposition to Defendants' motion to exclude expert testimony (Defs.' Mot. to Exclude, ECF No. 644) that exceeds the twenty-four-page limit set forth in LR 7-3.

In support of this motion, Plaintiffs submit the following Declaration of Tina B. Solis showing good cause for the relief requested:

## **DECLARATION OF TINA B. SOLIS**

I, Tina B. Solis, declare as follows:

1. I am a legal adult of sound mind with personal knowledge of the facts stated in this declaration and could testify competently to those facts if called on to do so.

2. I am a partner in the law firm of Nixon Peabody LLP.

3. I am lead counsel in this litigation for Plaintiffs.

4. This declaration is submitted in support of Plaintiffs' unopposed motion for leave to file a response exceeding LR 7-3's page limit in opposition to Defendants' motion to exclude the testimony of Plaintiffs' expert Christopher Spadea ("Spadea").

5. Given the numerous factual and legal issues raised in Defendants' motion, the extensive amount of information to be addressed in responding to Defendants' arguments, and the fact that Defendants' motion is cross-referenced in their dispositive motions (*see* NCG Defs.' MSJ, ECF No. 629, at 24; AY Defs.' MSJ, ECF No. 637 at 60), Plaintiffs submit that there is good cause to permit them to file a thirty-page response brief.

6. Defendants do not oppose Plaintiffs' request.

7. In accordance with 28 U.S.C. § 1746, I, Tina B. Solis, declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2023, in Chicago, Illinois.

---

[1] "Plaintiffs" refers to all parties listed in the caption as plaintiffs, and "Defendants" refers to all parties listed in the caption as defendants.

**CONCLUSION**

Based upon the foregoing declaration, and for good cause shown, Plaintiffs respectfully request the entry of an order granting them leave to file a thirty-page response brief, excluding exhibits, in opposition to Defendants' motion to exclude Spadea's expert testimony.

Dated: June 22, 2023                              Respectfully submitted,

/s/ *Tina B. Solis*

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*

**ORDER**

IT IS SO ORDERED.

[signature]
UNITED STATES MAIGSTRATE JUDGE

Dated: June 23, 2023