UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWMARK GROUP, INC., G&E ACQUISITION COMPANY, LLC and BGC REAL ESTATE OF NEVADA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC.; AVISON YOUNG (USA) INC.; AVISON YOUNG-NEVADA, LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15-cv-00531-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Seal Exhibits to, and Redact Sections of, Plaintiffs' Reply in Support of Motion to Exclude Portions of Carlyn Irwin's Expert Testimony (ECF No. 706).

The Court reviewed the instant Motion to Seal as well as the exhibit and redactions sought. The Court finds the request to seal meets the standard established by the U.S. Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal Exhibits to, and Redact Sections of, Plaintiffs' Reply in Support of Motion to Exclude Portions of Carlyn Irwin's Expert Testimony (ECF No. 706) is GRANTED.

Dated this 15th day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE