Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc.,
G&E Acquisition Company LLC, and
BGC Real Estate of Nevada LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, and JOSEPH KUPIEC; DOES 1 through 5; and ROE BUSINESS ENTITIES 6 through 10,<br><br>Defendants. | Case No. 2:15–cv–00531–RFB–EJY<br><br>**MOTION TO REMOVE WILLIAM M. KIRBY FROM THE LIST OF COUNSEL FOR PLAINTIFFS AND FROM THE COURT'S ELECTRONIC SERVICE SYSTEM** |

Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC (together, "Plaintiffs"), through their counsel, move this Court to remove William M. Kirby from the list of counsel for Plaintiffs and from the Electronic Service System. In support of this motion, Plaintiffs state as follows:

1. William M. Kirby was admitted *pro hac vice*, and is an attorney of record for Plaintiffs. He has not appeared as the lead or trial attorney.

2. William M. Kirby is leaving the law firm of Nixon Peabody LLP. As a result, Plaintiffs wish to have William M. Kirby's appearance removed from the list of counsel for Plaintiffs and from the Court's Electronic Service System.

3. The following remain as attorneys of record for Plaintiffs: Todd L. Bice and Jordan T. Smith of Pisanelli Bice, PLLC; and Tina Solis, Seth Horvath, Christopher Hotaling, R. Scott Alsterda, Christina Kurow, David Pattee, and Scott Dinner of Nixon Peabody LLP.

WHEREFORE, Plaintiffs respectfully request entry of an order removing William M. Kirby's name from the list of counsel for Plaintiffs and the Court's CM/ECF in this matter.

Dated: September 6, 2024

Respectfully submitted,

/s/ *Tina B. Solis*

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

|   |   |
|---|---|
| 1 | tbsolis@nixonpeabody.com |
| 2 | sahorvath@nixonpeabody.com |
|   | (admitted pro hac vice) |

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remove William M. Kirby from the List of Counsel for Plaintiff (ECF No. 730) is GRANTED this 6th day of September 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on September 6, 2024, I caused a true and correct copy of the foregoing **Motion to Remove William M. Kirby from the List of Counsel for Plaintiffs and from the Court's Electronic Service System** to be filed electronically with the clerk of court using the court's CM/ECF system, which will send a notification of electronic filing to the counsel of record who have entered an appearance in this case, including:

>Robert S. Larsen
>Wing Y. Wong
>**Gordon & Rees Scully Mansukhani LLP**
>300 S. 4th St., Suite 1550
>Las Vegas, Nevada 89101
>Tel. (702) 577-9301
>Fax. (702) 255-2858
>rlarsen@grsm.com
>wwong@grsm.com
>
>Nathaniel Kritzer
>**Steptoe & Johnson LLP**
>1114 Avenue of the Americas
>New York, NY 10036
>Tel. (212) 378-7535
>Fax (212) 506-3950
>nkritzer@steptoe.com
>
>*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

>　　　　　　　　/s/ *Tina B. Solis*
>*One of the Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC*