| | |
|---|---|
| Todd L. Bice, Esq., Bar No. 4534 | Robert S. Larsen |
| **Pisanelli Bice PLLC** | Wing Y. Wong |
| 400 South 7th Street, Suite 300 | **Gordon & Rees Scully Mansukhani LLP** |
| Las Vegas, Nevada 89101 | 300 S. 4th St., Suite 1550 |
| Telephone: (702) 214-2100 | Las Vegas, Nevada 89101 |
| Facsimile: (702) 214-2101 | Tel. (702) 577-9301 |
| tlb@pisanellibice.com | Fax. (702) 255-2858 |
| | rlarsen@grsm.com |
| Tina B. Solis | wwong@grsm.com |
| Seth A. Horvath | |
| **Nixon Peabody LLP** | Nathaniel Kritzer |
| 70 W. Madison Street, Suite 5200 | **Steptoe & Johnson LLP** |
| Chicago, Illinois 60602 | 1114 Avenue of the Americas |
| Telephone: (312) 977-4400 | New York, NY 10036 |
| Facsimile: (844) 560-8137 | Tel. (212) 378-7535 |
| tbsolis@nixonpeabody.com | Fax (212) 506-3950 |
| sahorvath@nixonpeabody.com | nkritzer@steptoe.com |
| (admitted pro hac vice) | (admitted pro hac vice) |

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC RealEstate of Nevada LLC*

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and BGC REAL ESTATE OF NEVADA LLC,<br><br>          Plaintiffs,<br>v.<br><br>AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG–NEVADA LLC, MARK ROSE, THE NEVADA COMMERCIAL GROUP, JOHN PINJUV, JOSEPH KUPIEC, DOES 1 through 5, and ROE BUSINESS ENTITIES 6 through 10,<br><br>          Defendants. | CASE NO.: 2:15–cv–00531–RFB–EJY<br><br>**STIPULATION TO VOLUNTARILY DISMISS CASE WITH PREJUDICE** |

|   |   |
|---|---|
| 1 | Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada, through their counsel ("Plaintiffs"), and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group, through their counsel ("Defendants"), jointly submit the following stipulation to dismiss this case with prejudice. |

Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada, through their counsel ("Plaintiffs"), and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group, through their counsel ("Defendants"), jointly submit the following stipulation to dismiss this case with prejudice.

1. On March 3, 2025, the parties reported to the Court, in their Joint Status Report in Accordance with Order Regarding Trial, that they had settled this matter in principle. (ECF No. 753.)

2. On March 20, 2025, the parties executed their settlement agreement.

3. In accordance with the terms of the settlement agreement, the parties stipulate to the entry of an order dismissing this case with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED:

Hon. Richard F. Boulware
United States District Judge

DATED: June 3, 2025

Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada, through their counsel ("Plaintiffs"), and Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, John Pinjuv, and The Nevada Commercial Group, through their counsel ("Defendants"), jointly submit the following stipulation to dismiss this case with prejudice.

1. On March 3, 2025, the parties reported to the Court, in their Joint Status Report in Accordance with Order Regarding Trial, that they had settled this matter in principle. (ECF No. 753.)

2. On March 20, 2025, the parties executed their settlement agreement.

3. In accordance with the terms of the settlement agreement, the parties stipulate to the entry of an order dismissing this case with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED:

Hon. Richard F. Boulware
United States District Judge

DATED: June 3, 2025

| | | |
|---|---|---|
| 1 | Dated: June 2, 2025 | |
| 2 | **Respectfully submitted by:** | |
| 3 | NIXON PEABODY LLP | STEPTOE & JOHNSON LLP |
| 4 | By: <u>/s/ Tina B. Solis</u> | By: <u>/s/ Nathaniel J. Kritzer</u> |

Todd L. Bice, Esq., Bar No. 4534
**Pisanelli Bice PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
tlb@pisanellibice.com

Tina B. Solis
Seth A. Horvath
**Nixon Peabody LLP**
70 W. Madison Street, Suite 5200
Chicago, Illinois 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137
tbsolis@nixonpeabody.com
sahorvath@nixonpeabody.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC RealEstate of Nevada LLC*

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel J. Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com
(admitted pro hac vice)

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 2, 2025, I caused a true and correct copy of the foregoing **Stipulation to Voluntarily Dismiss Case with Prejudice** to be filed electronically with the clerk of court using the court's CM/ECF system, which will send a notification of electronic filing to the counsel of record who have entered an appearance in this case, including:

Robert S. Larsen
Wing Y. Wong
**Gordon & Rees Scully Mansukhani LLP**
300 S. 4th St., Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9301
Fax. (702) 255-2858
rlarsen@grsm.com
wwong@grsm.com

Nathaniel Kritzer
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 378-7535
Fax (212) 506-3950
nkritzer@steptoe.com

*Attorneys for Defendants Avison Young (Canada) Inc., Avison Young (USA) Inc., Avison Young–Nevada LLC, Mark Rose, Joseph Kupiec, The Nevada Commercial Group LLC, and John Pinjuv*

                                             /s/ *Tina B. Solis*
*One of the Attorneys for Plaintiffs Newmark Group Inc., G&E Acquisition Company LLC, and BGC Real Estate of Nevada LLC of Nevada*